# Skadden, Arps, Slate, Meagher & Flom llp

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7808
DIRECT FAX
(917) 777-7808
EMAIL ADDRESS
MAURABARRY.GRINALDS@SKADDEN.COM

April 23, 2019

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007

> RE:  *Eton Park Capital Management v.*
>  *Argentine Republic*, No. 16-cv-8569 (S.D.N.Y.)

Dear Judge Preska:

 We represent the Argentine Republic ("Argentina") in the above-referenced action.  We write on behalf of Defendants Argentina and YPF S.A. (collectively, "Defendants") to respectfully request that the Court continue the stay currently in place until, at a minimum, after the Second Circuit decides the Emergency Motion Defendants filed last week in *Petersen Energía Inversora, S.A.U. v. Argentine Republic* ("*Petersen*"), Nos. 16-3303, 16-3304.[1]

 Respectfully submitted,

 /s/ Maura Barry Grinalds

 Maura Barry Grinalds

cc:  All Counsel (via ECF)

---

[1] Defendants respectfully reserve the right to seek a further stay of *Petersen* and this action in the event the Emergency Motion is denied.