### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7808
DIRECT FAX
(917) 777-7808
EMAIL ADDRESS
MAURABARRY.GRINALDS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 23, 2019

**Via ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE: *Petersen Energia Inversora, S.A.U. v. Argentine Republic*, No. 15 Civ. 02739 & *Eton Park Capital Mgmt., L.P. v. Argentine Republic*, No. 16 Civ. 08569

Dear Judge Preska:

    I write on behalf of Defendant the Argentine Republic and with consent of all counsel in the above-referenced matters. Pursuant to Your Honor's request at the conference before the Court on July 11, 2019, please find attached as Exhibit A a Stipulation and [Proposed] Order for briefing motions to dismiss on the basis of *forum non conveniens*.

                                 Respectfully submitted,

                                 /s/ Maura Barry Grinalds
                               Maura Barry Grinalds

cc:    All counsel of record (via ECF)

Enclosure