```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | Nos. 15 Civ. 2739 (LAP)<br>     16 Civ. 8569 (LAP)<br><br>        ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Defendants' requests for the issuance of letters rogatory (dkt. nos. 175, 178 in 15 Civ. 2739). The Court will permit issuance of the letters rogatory but, by doing so, does not make any finding as to the necessity of the information requested.

    Moreover, the Court is in receipt of Plaintiffs' letter dated October 5, 2020 (dkt. no. 180 in 15 Civ. 2739) noting what they

characterize as Defendants' slow pace of document production. Given the age of this case, the Court will be reluctant to extend the current discovery schedule absent unforeseen and unforeseeable circumstances.  The Court is also hopeful that, given the quality of counsel for both sides, motions to compel will not be necessary.

**SO ORDERED.**

Dated:    New York, New York
          October 6, 2020

_____
          LORETTA A. PRESKA
          Senior United States District Judge