# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 13, 2020

Defendants' request to file under seal the November 13, 2020 letter and Exhibit 5 thereto is GRANTED. SO ORDERED.

*Loretta A. Preska* 11/16/2020

<u>Via ECF</u>

The Honorable Loretta A. Preska,
    United States District for the Southern District of New York,
        500 Pearl Street,
            New York, NY 10007.

> Re:   *Petersen Energía Inversora S.A.U., et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Capital Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      Pursuant to Local Rule 5.2, Rule 2(H) of the Individual Practices of this Court, and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (the "Protective Order," *Petersen* ECF No. 177; *Eton Park* ECF No. 124), Defendant the Argentine Republic (the "Republic"), together with Defendant YPF S.A. ("YPF"), which joins in this letter, respectfully move for an order granting leave to file under seal Defendants' enclosed November 13, 2020 letter requesting a pre-motion conference and Exhibit 5 thereto. Exhibit 5 contains excerpts of the transcript of the October 29 deposition of Burford Capital CEO Christopher Bogart that Plaintiffs have provisionally designated as confidential under the Protective Order. The Republic and YPF seek leave to file Exhibit 5 under seal and to redact portions of their publicly accessible pre-motion letter that quote from the transcript in light of Plaintiffs' designation.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.

cc:   Counsel of Record

      Pamela Jarvis, Esq.
      (Joseph Hage Aaronson LLC)