**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | Case Nos.:<br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

~~[PROPOSED]~~ **ORDER**

Before the Court is Plaintiffs' January 11, 2021 letter motion requesting that portions of the Memorandum of Law in Support of Plaintiffs' Assertion of Privilege With Respect to Communications with Burford Capital, as well as Exhibits 1-3 and 5-9 attached thereto, be filed under seal.  Upon review of the letter motion and all prior proceedings in the above-captioned actions, and otherwise being duly advised, it is hereby ORDERED that:

Plaintiffs' letter motion is GRANTED on the ground that the sealed material contains confidential business information.

SO ORDERED this __12__ day of __January__, 2021.

LORETTA A. PRESKA
Senior United States District Judge