April 9, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY  10007.

          Re:   *Petersen Energía Inversora S.A.U.*, *et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's prior orders (*see Petersen* ECF No. 305; *Eton Park* ECF No. 239) to provide a further status report regarding discovery as to Burford.

      Burford believes that it has substantially completed its production, with the exception of certain documents to be produced subject to the FRE 502(d) order (*Petersen* ECF No. 304; *Eton Park* ECF No. 238), which it expects to produce next week, and documents to be produced subject to an expected stipulation and proposed order restricting access to certain documents to outside counsel (the "OCO Stipulation"), which it expects to produce once the OCO Stipulation is entered.

      In light of the continued discussions concerning the OCO Stipulation and Burford's ongoing production, Defendants and Burford propose to provide a further status report to the Court by April 30, 2021.

Respectfully,

*/s/   Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

*/s/   Gregory P. Joseph*
Gregory P. Joseph
Pamela Jarvis
Rachel M. Cherington

JOSEPH HAGE & AARONSON LLP
485 Lexington Avenue, 30th Floor
New York, New York  10017
Telephone:   (212) 407-1210
Facsimile:    (212) 407-1280

*Counsel for Burford Capital LLC*

The Honorable Loretta A. Preska                                                                    -2-

*/s/ Mark P. Goodman*
Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

*Counsel for YPF S.A.*


cc:     Counsel of Record