June 1, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
      500 Pearl Street,
        New York, NY  10007.

        Re:    *Petersen Energía Inversora S.A.U.*, *et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

        We write on behalf of Defendants the Republic of Argentina and YPF S.A. and Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund in response to today's order regarding a status conference previously scheduled for June 2, 2021.  *See Petersen* ECF No. 321.

        The parties wish to adjourn the conference.  We note that a status conference is currently scheduled for November 10, 2021.  *See Petersen* ECF No. 319.

Respectfully submitted,


/s/ *Robert J. Giuffra, Jr.*               /s/ *Mark C. Hansen*
Robert J. Giuffra, Jr.                       Mark C. Hansen
Sergio J. Galvis                            Derek T. Ho
Joseph E. Neuhaus                     Andrew E. Goldsmith
Thomas C. White

SULLIVAN & CROMWELL LLP       KELLOGG, HANSEN, TODD, FIGEL &
125 Broad Street                          FREDERICK PLLC
New York, New York  10004-2498     Sumner Square
Telephone:    (212) 558-4000        1615 M Street, NW, Suite 400
Facsimile:     (212) 558-3588        Washington, DC  20036
                                    Telephone:   (202) 326-7900
*Counsel for The Argentine Republic*    Facsimile:    (202) 326-7999

                                    *Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund*

The Honorable Loretta A. Preska                                                  -2-


_/s/ Mark P. Goodman_

Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:      (212) 909-6836

_Counsel for YPF S.A._


cc:      Counsel of Record