KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

October 8, 2021

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 ("*Petersen*")
*Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569 ("*Eton Park*")

Your Honor:

Pursuant to Rule 2(H) of Your Honor's Individual Practices and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (*Petersen*, Dkt. 177; *Eton Park*, Dkt. 124) (the "Protective Order"), Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs") respectfully move for an order granting leave to file under seal (i) portions of Plaintiffs' October 8, 2021 letter responding to Defendants' letter requesting an extension of the case schedule; (ii) Exhibit D to Plaintiffs' letter.

Exhibit D consists of transcript excerpts of the August 6, 2021 deposition of Diego Pando, which Defendant YPF designated as confidential under the Protective Order. Plaintiffs' letter quotes and discusses Exhibit D and expert reports that Plaintiffs have designated as confidential.

Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen

Cc: All counsel of record via ECF

The sealing request is granted on the basis that the letter and exhibit contain information designated confidential under the protective order. SO ORDERED.

*Loretta A. Preska* 10/8/2021