UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>       Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>       Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP<br><br>**ECF Case** |

### NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying (i) Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment; (ii) Plaintiffs' Rule 56.1 Statement of Material Facts in Support of Motion for Summary Judgment; and (iii) the Declaration of George W. Hicks, Jr. in Support of Plaintiffs' Motion for Summary Judgment and the exhibits annexed thereto, and all prior pleadings and proceedings had herein, Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse,

Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rule of Civil Procedure, granting Plaintiffs' Motion for Summary Judgment in the above-captioned action and for such other further relief as this Court deems just and proper.

Dated:  April 14, 2022              Respectfully submitted,

                                              KIRKLAND & ELLIS LLP

By: */s/ Paul D. Clement*
Paul D. Clement
George W. Hicks, Jr.
C. Harker Rhodes, IV
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone:  (202) 389-5000
Fax:  (202) 389-5200
Email: paul.clement@kirkland.com
       george.hicks@kirkland.com
       harker.rhodes@kirkland.com


KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.

Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email:  mhansen@kellogghansen.com
        dho@kellogghansen.com
        agoldsmith@kellogghansen.com

KING & SPALDING LLP

Israel Dahan
Laura Harris
1185 Avenue of the Americas
New York, NY 10036
Phone:  (212) 556-2114

Fax:  (212) 556-2222
Email:  idahan@kslaw.com
         lharis@kslaw.com

-and-

Reginald R. Smith
1100 Louisiana Street
Houston, TX 77002
Phone:  (713) 751-3200
Fax:  (713) 751-3290
Email:  rsmith@kslaw.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*