UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
: The Honorable Loretta A. Preska
v. :
: **ORAL ARGUMENT REQUESTED**
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------- x


---------------------------------- x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------- x


**DEFENDANT THE ARGENTINE REPUBLIC'S NOTICE OF MOTION FOR
<u>SUMMARY JUDGMENT</u>**

PLEASE TAKE NOTICE that upon (i) Defendant's Memorandum In Support of Its Motion for Summary Judgment; (ii) the attached Declarations of Robert J. Giuffra, Jr., Rafael M. Manóvil, Alfonso Santiago, and Alejandro Juan Uslenghi, dated April 14, 2022, and the exhibits attached thereto; and (iii) Defendant's Local Rule 56.1 Statement of Material Facts as to which there is no Genuine Dispute, Defendant the Argentine Republic (the "Republic") will move this Court, before the Honorable Loretta A. Preska, United States District Judge, in Courtroom

12A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time designated by this Court, for an order granting summary judgment for the Republic on all claims by Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund L.P.

Dated: April 14, 2022

                Respectfully submitted,

                */s/ Robert J. Giuffra, Jr.*
                Robert J. Giuffra, Jr.
                Sergio J. Galvis
                Amanda F. Davidoff
                Thomas C. White
                Adam R. Brebner

                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York  10004-2498
                Telephone:     (212) 558-4000
                Facsimile:     (212) 558-3588

                *Counsel for The Argentine Republic*