UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U., :

        Plaintiffs, :

        v. :

ARGENTINE REPUBLIC and YPF S.A., :

        Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:15-CV-02739 (LAP)

The Honorable Loretta A. Preska


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :

        Plaintiffs, :

        v. :

ARGENTINE REPUBLIC and YPF S.A., :

        Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:16-CV-08569 (LAP)


## DEFENDANT THE ARGENTINE REPUBLIC'S NOTICE OF MOTION FOR RECONSIDERATION AND REHEARING

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.3, Defendant the Argentine Republic (the "Republic" or "Argentina") hereby moves the Court for reconsideration and rehearing of its March 31, 2023 summary judgment ruling.  This Motion is based on this Notice of Motion and the accompanying Memorandum of Law in Support of Argentina's Motion for Reconsideration.

Dated: April 14, 2023

Respectfully submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Jeffrey B. Wall
Thomas C. White
Adam R. Brebner

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for The Argentine Republic*