# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 5, 2023

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     Daniel Patrick Moynihan United States Courthouse,
       500 Pearl Street,
         New York, NY 10007.

         Re:   *Petersen Energía Inversora S.A.U., et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

        I write on behalf of Defendant the Argentine Republic (the "Republic") in connection with the above-captioned actions. Pursuant to Rule 2.E of the Court's Individual Practices, we respectfully request oral argument on the Republic's Motion for Reconsideration and Rehearing (ECF Nos. 439 and 368).

        Respectfully,

        */s/ Robert J. Giuffra, Jr.*

        Robert J. Giuffra, Jr.

cc:   Counsel of Record