UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA, S.A.U. and
PETERSEN ENERGÍA, S.A.U.,

                      Plaintiffs,

    -against-

ARGENTINE REPUBLIC and YPF S.A.,

                      Defendants.

---

ETON PARK CAPITAL MANAGEMENT, L.P.,
ETON PARK MASTER FUND, LTD., and
ETON PARK FUND, L.P.,

                      Plaintiffs,

    -against-

ARGENTINE REPUBLIC and YPF S.A.,

                      Defendants.

Case Nos.:

1:15-cv-02739-LAP
1:16-cv-08569-LAP

## NOTICE OF CROSS-APPEAL

      PLEASE TAKE NOTICE that Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered on September 15, 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418), and those orders that, for purposes of appeal, merge into the designated Final Judgment, *see* Fed R. App. P. 3(c)(4), including the Opinion and Order entered on March 31, 2023, granting Defendant YPF's motion for summary judgment against Plaintiffs (*Petersen* ECF

No. 437; *Eton Park* ECF No. 366), and the Opinion and Order entered on September 9, 2016, granting in part Defendants' motions to dismiss (*Petersen* ECF No. 63).

Dated: October 18, 2023

Respectfully submitted,

CLEMENT & MURPHY, PLLC

By:      /s/ Paul D. Clement      
Paul D. Clement
C. Harker Rhodes IV*
706 Duke Street
Alexandria, VA 22314
Phone:  (202) 742-8900
Fax:  (202) 742-8895
Email:  paul.clement@clementmurphy.com
             harker.rhodes@clementmurphy.com
*Supervised by principals of the firm who are members of the Virginia bar

KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.

Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone:  (202) 326-7900
Fax:  (202) 326-7999
Email:  mhansen@kellogghansen.com
             dho@kellogghansen.com
             agoldsmith@kellogghansen.com

KING & SPALDING LLP

Randy M. Mastro
Israel Dahan
Laura Harris
1185 Avenue of the Americas
New York, NY 10036
Phone:  (212) 556-2114
Fax:  (212) 556-2222
Email: rmastro@kslaw.com
            idahan@kslaw.com
            lharris@kslaw.com

-and-

Reginald R. Smith
1100 Louisiana Street
Houston, TX 77002
Phone: (713) 751-3200
Fax: (713) 751-3290
Email: rsmith@kslaw.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*