# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

USA, ex rel; PRIVATE ATTORNEY GENERAL,
STEPHEN P. WALLACE, and all LAWFARE Parties
Adversely situated,

              **INTERVENORS,**

vs.

                               **CASE #: 1:16-cv-08569-LAP**

ETON PARK CAPITAL MANAGEMENT L.P.
vs.
ARGENTINE REPUBLIC and YPF S.A.

## EMERGENCY MOTIONS TO INTERVENE AND FOR TEMPORARY INJUNCTION FOR "LAWFARE" BEING ALLEGEDLY PERPETRATED, UNDER COLOR OF LAW

Come now INTERVENORS whom have just had JUDICIAL NOTICE and Actual Knowledge that ARGENTINA will undergo a Change of Power on [**11/05/2023**], and the COURT has mandated that the Argentinian Parties must POST A BOND by [**11/02/2023**] for [**$16.1 Billion**], where Intervener's allege that the Opposing Parties in the Instant Case seek illicit Jurisdiction over said SOVEREIGN PARTIES, whose Counsel should have REMOVED the MATTER to the [ICJ] International Court in THE HAGUE, for JURISDICTION is Proper for Subject Matter Jurisdiction.

1 That the enclosed Bloomberg Law article CONFIRMS that BUFORD CAPITAL will receive "***more than 37,000% return on its Assignment interest", aka  RICO***;
2 That the CASE LAW submitted supports the Allegation, with the largest LIST of COUNSEL, knowingly or unknowingly participating in the **RICO ENTERPRISE**;
3 That INTERVENORS move the Court on an EMERGENCY BASIS, to STAY the Case via a Temporary Injunction, "For Good Cause Shown & In the Interest of Justice".

( Whistleblower )          *Stephen P. Wallace*
                                  Stephen P. Wallace
                                  PO Box 11884
                            Riviera Beach, Florida 33404

*November 29, 2023*
*UPS Overnight*

Interveners' will forward a Copy & Exhibits to all Interested Parties via PDF.
Enclosures-in-Support

*Stephen P. Wallace*

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[*citation needed*]



Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[*citation needed*] To date, there are over 60 federal statutes[*citation needed*] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode/42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

# Eton Park Capital Management L.P. v. Argentine Republic (1:16-cv-08569)

## District Court, S.D. New York



🏷 Tags ▾    🔔 Get Alerts (/alert/docket/toggle/)    ▾

⧉ View on PACER (https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?464867)    ▾

Last Updated: Nov. 28, 2023, 9:18 a.m.

Assigned To: Loretta A. Preska (/person/2623/loretta-a-preska/)

Citation: Eton Park Capital Management L.P. v. Argentine Republic, 1:16-cv-08569, (S.D.N.Y.)

Date Filed: Nov. 3, 2016

Date Terminated: Sept. 15, 2023

Date of Last Known Filing: Nov. 27, 2023

Cause: 28:1330 Breach of Contract (/?type=r&cause="28:1330 Breach of Contract")

Nature of Suit: Contract: Other (/?type=r&nature_of_suit="Contract: Other")

Jury Demand: None (/?type=r&q=juryDemand:"None")

Jurisdiction Type: Federal Question

 ≣ Docket Entries (/docket/4524982/eton-park-capital-management-lp-v-argentine-republic/)

 👥 Parties and Attorneys (/docket/4524982/parties/eton-park-capital-management-lp-v-argentine-republic/)

 ℹ FJC Integrated Database (/docket/4524982/idb/eton-park-capital-management-lp-v-argentine-republic/)

## 👤 Amicus

Chamber of Companies (Camara de Sociedades)

REPRESENTED BY

David Adam Berger

📞 (212) 571-0550
Fax: (212) 571-0555

Allegaert Berger Vogel LLP
111 Broadway
20th Floor
New York, NY 10006

*ATTORNEY TO BE NOTICED*

## 👤 Defendant

Argentine Republic

REPRESENTED BY

Adam Rhys Brebner

📞 (212) 558-4000

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

*ATTORNEY TO BE NOTICED*

## Amanda Flug Davidoff

📞 (202) 956-7500
Fax: (202) 293-6330

Sullivan & Cromwell LLP - DC
1700 New York Ave., N.W.
Suite 700
Washington, DC 20006

*ATTORNEY TO BE NOTICED*

## Boris Bershteyn

📞 (212) 735-3834

*TERMINATED: 07/09/2020 (July 9, 2020)*

## Elizabeth A Cassady

📞 (202) 429-3000

Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036

Sullivan & Cromwell LLP
(Washington DC)
1700 New York Ave. N.W.
Washington, DC 20006

*ATTORNEY TO BE NOTICED*

## Jason Edward Kornmehl

📞 (212) 335-4516
Fax: (212) 884-8516

DLA Piper LLP (US)
1251 Ave. of the Americas
New York, NY 10020-1104

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

*TERMINATED: 09/14/2022 (Sept. 14, 2022)*

## Jennifer Lynn Permesly

📞 (212) 735-3723
Fax: (917) 777-3723

*TERMINATED: 07/09/2020 (July 9, 2020)*

## Jonathan J. Lerner

📞 (212) 735-2550

Fax: (917) 777-2550

*TERMINATED: 03/04/2020 (March 4, 2020)*

## Joseph Emanuel Neuhaus

📞 (212) 558-4240
Fax: (212) 291-9105

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

*ATTORNEY TO BE NOTICED*

## Maura Barry Grinalds

📞 (212) 735-7808
Fax: (917) 777-7808

Skadden, Arps, Slate, Meagher &
Flom LLP
4 Times Square
New York, NY 10036

*TERMINATED: 03/04/2020 (March 4, 2020)*

## Michael David Moritz

📞 (212) 735-3000

Skadden, Arps, Slate, Meagher &
Flom LLP
4 Times Square
New York, NY 10036

*TERMINATED: 07/09/2020 (July 9, 2020)*

## Robert Joseph Giuffra , Jr.

📞 (212) 558-3121

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

*ATTORNEY TO BE NOTICED*

## Scott D. Musoff

📞 (212) 735-7852
Fax: (917) 777-7852

*TERMINATED: 07/09/2020 (July 9, 2020)*

## Sergio J. Galvis

📞 (212) 558-4740

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

*ATTORNEY TO BE NOTICED*

## Shaud Gerard Tavakoli

📞 (212) 735-3546
Fax: (917) 777-3546

*TERMINATED: 07/09/2020 (July 9, 2020)*

## Thomas Charles White

📞 (202) 956-7521
Fax: (202) 956-7676

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

Sullivan & Cromwell LLP
1700 Washington Ave. NW
Ste 700
Washington, DC 20006

*ATTORNEY TO BE NOTICED*

## YPF S.A.                              REPRESENTED BY

### Carl Riehl

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

### Damaris Hernandez

📞 (212) 474-1486
Fax: (212) 474-3700

Cravath Swaine and Moore
825 Eighth Ave.
New York, NY 10019

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

### David A. Herman

📞 (212) 649-8728

Cravath, Swai825 Eighth Avenue
1095 Ave. of the Americas
New York, NY 10019

*ATTORNEY TO BE NOTICED*

*(Inactive)*

### Dietmar Prager

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise & Plimpton LLP
66 Hudson Blvd.

New York, NY 10001

*ATTORNEY TO BE NOTICED*

## Donald Francis Donovan

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise & Plimpton, LLP (NYC)
919 Third Ave.
3rd Floor
New York, NY 10022

*TERMINATED: 04/04/2022 (April 4, 2022)*

## Johan Robert Abraham

📞 (212) 909-6000

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

## Mark P. Goodman

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise and Plimpton LLP
919 Third Ave.
New York, NY 10022

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

## Michael A Paskin

📞 (212) 474-1000
Fax: (212) 474-3700

Cravath Swaine and Moore
825 Eighth Ave.
New York, NY 10019

*TERMINATED: 01/06/2021 (Jan. 6, 2021)*

## Rebecca Lauren Rettig

📞 (212) 790-4500
Fax: (212) 790-4545

Manatt Phelps & Phillips LLP
7 Times Sq
New York, NY 10036

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

## Robert Joseph Giuffra , Jr.

📞 (212) 558-3121

Sullivan & Cromwell, LLP(NYC)
125 Broad St.
New York, NY 10004

## Shannon Rose Selden

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise & Plimpton, LLP (NYC)
919 Third Ave.
3rd Floor
New York, NY 10022

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

## Sol Czerwonko

📞 (212) 909-6000

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

## Wendy B. Reilly

📞 (212) 909-6000
Fax: (212) 909-6836

Debevoise & Plimpton LLP
66 Hudson Blvd.
New York, NY 10001

*ATTORNEY TO BE NOTICED*

# 👤 Miscellaneous

Burford Capital LLC                         REPRESENTED BY          Gregory P. Joseph

📞 (212) 407-1210

Joseph Hage Aaronson LLC
485 Lexington Ave
New York, NY 10017

Joseph Hage Aaronson LLC
800 Third Ave.
30th Floor
New York, NY 10022

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

### Pamela H. Jarvis

📞 (212) 407-1250
Fax: (212) 407-1278

Joseph Hage Aaronson LLC
485 Lexington Ave.
30th Floor
New York, NY 10017

*TERMINATED: 04/29/2021 (April 29, 2021)*

### Rachel Mead Cherington

📞 (212) 407-1200

Joseph Hage Aaronson LLC
485 Lexington Ave.
30th Floor
New York, NY 10017

Joseph Hage Aaronson LLC
800 Third Ave.
30th Floor
New York, NY 10022

*ATTORNEY TO BE NOTICED*

## 👤 Plaintiff

| Eton Park Capital Management, L.P. | REPRESENTED BY | Andrew Edward Goldsmith |

Andrew Edward Goldsmith

📞 (202) 326-7945
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

### C. Harker Rhodes , IV

📞 (202) 742-8900

Clement & Murphy, PLLC
706 Duke St.
Alexandria, VA 22314

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

### Derek Tam Ho

📞 (202) 326-7931
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &

Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

## George W. Hicks , Jr.

📞 (202) 389-5000
Fax: (202) 389-5200

Kirkland and Ellis LLP
1301 Pennsylvania Ave. NW
Washington, DC 20004

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*PRO HAC VICE*

## Israel Dahan

📞 (212) 556-2100
Fax: (212) 556-2222

King & Spalding LLP (NYC)
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

## Laura Elizabeth Harris

📞 (212) 790-5360
Fax: (212) 556-2222

King & Spalding LLP
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

## Mark Charles Hansen

📞 (202) 326-7904
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

## Paul D. Clement

📞 (202) 742-8900

Clement & Murphy, PLLC
706 Duke St.
Alexandria, VA 20004

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*PRO HAC VICE*

Eton Park Fund, L.P.                    REPRESENTED BY          Andrew Edward Goldsmith

📞 (202) 326-7945
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

C. Harker Rhodes , IV

📞 (202) 742-8900

Clement & Murphy, PLLC
706 Duke St.
Alexandria, VA 22314

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

Derek Tam Ho

📞 (202) 326-7931
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

George W. Hicks , Jr.

📞 (202) 389-5000
Fax: (202) 389-5200

Kirkland and Ellis LLP
1301 Pennsylvania Ave. NW
Washington, DC 20004

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*PRO HAC VICE*

Israel Dahan

📞 (212) 556-2100
Fax: (212) 556-2222

King & Spalding LLP (NYC)
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

Laura Elizabeth Harris

📞 (212) 790-5360
Fax: (212) 556-2222

King & Spalding LLP
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

Mark Charles Hansen

📞 (202) 326-7904
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

Paul D. Clement

📞 (202) 742-8900

Clement & Murphy, PLLC
706 Duke St.
Alexandria, VA 20004

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*PRO HAC VICE*

Eton Park Master Fund, Ltd.          REPRESENTED BY          Andrew Edward Goldsmith

📞 (202) 326-7945
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

C. Harker Rhodes , IV

📞 (202) 742-8900

Clement & Murphy, PLLC
706 Duke St.
Alexandria, VA 22314

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

Derek Tam Ho

📞 (202) 326-7931
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

## George W. Hicks , Jr.

📞 (202) 389-5000
Fax: (202) 389-5200

Kirkland and Ellis LLP
1301 Pennsylvania Ave. NW
Washington, DC 20004

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*PRO HAC VICE*

## Israel Dahan

📞 (212) 556-2100
Fax: (212) 556-2222

King & Spalding LLP (NYC)
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

## Laura Elizabeth Harris

📞 (212) 790-5360
Fax: (212) 556-2222

King & Spalding LLP
1185 Ave. of the Americas
New York, NY 10036

*ATTORNEY TO BE NOTICED*

## Mark Charles Hansen

📞 (202) 326-7904
Fax: (202) 326-7999

Kellogg, Hansen, Todd, Figel &
Frederick PLLC (DC)
1615 M St., N.W.
Suite 400
Washington, DC 20036

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

## Paul D. Clement

📞 (202) 742-8900

Clement & Murphy, PLLC

**LEGAL RESEARCH: "Fix case"**                    [03/08/2012 - 01/07/2012]

**SEARCH:** **"fix case"** /s **judge**

*U.S. v. Gardiner,* 463 F.3d 445, 463-64 (6th Cir. 2006)                    **[Fed #2 of 30]**

While we agree with Lupo that *Howard* and *Grunewald* stand for the proposition that a distinction should be made between acts of concealment done in furtherance of the criminal conspiracy and those taken after the criminal objectives have been obtained, we do not believe that Lupo has definitively established in this case that the alleged conspiracy and his involvement in the alleged conspiracy terminated prior to 2002. In *United States v. Mayes,* 512 U.S. 637, 642 (6th Cir. 1975), we held that "where a conspiracy contemplates a continuity of purpose and continued performance of acts, it is presumed to exist until there has been an affirmative showing that it has terminated; and its members continue to be conspirators until there has been an affirmative showing that they have withdrawn." In *Mayes,* we concluded that the government had met its burden of establishing that the defendants were part of a single conspiracy to transport and sell in interstate commerce stolen automobiles; and that the government had shown that the acts occurred over an extended period of time; involved many people, and was very successful until it was detected. *Id.; see also United States v. Etheridge,* 424 F.2d 951, 964 (6TH Cir. 1970).

The *Mayes* principle of continuity and purpose has been used by some of our sister circuits in RICO conspiracy cases to establish that a defendant's acts to conceal his involvement in a criminal enterprise do extend the conspiracy for the purpose of the RICO statute. In *United States v. Maloney,* 71 F.3d 645, 660 (7th Cir. 1995), the Seventh Circuit held, in a RICO conspiracy case in which a state court judge in Chicago was indicted for receiving bribes to "fix" cases that came before him, that "[c]oncealment [ ] was an overt act in furtherance of the conspiracy's main objective." The Court reasoned that the main criminal objective to fix cases was neither accomplished nor abandoned as long as the defendant judge was on the bench, and the conspirator attorney continued to practice before him." *Id.* The *Maloney* Court distinguished *Grunewald* on the ground that the conspiracy's main final objective was never finally attained. *Id.* at 659. According to the Court, "[u]nlike many . . . concealment cases where the object of the conspiracy was a discrete criminal act, here he dealt with a crime that had no specific terminating event." *Id.* at 659-60 (citations and quotations omitted). The Seventh Circuit stated that "[a]s long as the conspiracy is presumed to exist, acts of concealment are presumed to occur *during the period* of the conspiracy and are not introduced for the purpose of extending the life of the conspiracy." *Id.* at 660 n.10; *see also United States v. Spero,* 331 F.3d 57, 60 (2d Cir. 2003) (relying upon the above quote from *Mayes,* the Second Circuit found that generalized loan sharking activity is exactly the type of activity that "contemplates a continuity of purpose and continued performance of acts," and that "[a]ccordingly, once the Government met its burden of proof by establishing that the loansharking conspiracy existed, it was entitled to a presumption that the conspiracy continued until defendant demonstrated otherwise;" and that the burden was on [464] the defendant to prove affirmatively that the conspiracy alleged was terminated before the date asserted as the end of the conspiracy, or that he withdrew from the conspiracy prior to that date in order to sustain his statute of limitations challenge).

Merely because the bribes may have ended because the government had begun an investigation into some of the individuals involved, does not mean that the criminal objectives of the conspiracy had all been achieved, nor does it demonstrate that Lupo had withdrawn from the conspiracy. In fact, Lupo's alleged withdrawal from the conspiracy is belied by the 2002

We use cookies.  Learn More                                                    Accept

Business & Practice
Oct. 11, 2023, 12:41 PM EDT

# Argentina Appeals $16 Billion Verdict in Litigation-Funded Case

By Emily R. Siegel

- Argentina appeals case over seizure of oil company
- The case is backed by litigation funder Burford Capital

Argentina appealed a $16 billion verdict in a lawsuit over its 2012 seizure of oil company YPF SA.

Argentina sought the reconsideration Tuesday in the US Court of Appeals for the Second Circuit. The appeal includes US District Judge Loretta Preska's March order that granted summary judgment to investors who claimed the country didn't offer a payout to shareholders as required when Argentina nationalized YPF in 2012.

Petersen Energia Inversora, S.A.U. and other investors filed suit in 2015. The drawn-out litigation included an unsuccessful appeal to the US Supreme Court by Argentina in 2019.

Preska ruled on the amount after a three-day trial in July in Manhattan regarding the appropriate formula to calculate the amount of damages Argentina owed shareholders. In September, she ordered Argentina to pay $8.4 billion in damages and $7.6 billion in interest to shareholders, a sharp blow as the country's financial situation has grown increasingly precarious.

 The case was backed by litigation funder Burford Capital, which acquired the right to pursue the claims for 15 million euro ($16.6 million) in 2015. The funder's share is around $6.2 billion, which would give Burford a more than 37,000% return on its initial investment. 

Burford declined to comment.

In the 1990s, when Argentina privatized its oil company, it included language in its bylaws that if the country decided to nationalize the entity in the future it must give a tender offer to all Class D shares at a predetermined price.

But when Argentina nationalized YPF in 2012, Deputy Economy Minister Axel Kicillof, the vice-intervenor of YPF, said the tender offer requirement was a "bear trap" and that only "fools" would expect Argentina and YPF to honor it, according to a court filing.

Petersen Energia Inversora v. Argentina Republic, S.D.N.Y., The case is: 16-cv-08569-LAP, 10/10/23


**WIKIPEDIA**
The Free Encyclopedia

# Lawfare

**Lawfare** is the use of legal systems and institutions to damage or delegitimize an opponent, or to deter an individual's usage of their legal rights.[1][2][3][4]

The term may refer to the use of legal systems and principles against an enemy, such as by damaging or delegitimizing them, wasting their time and money (e.g. SLAPP suits), or winning a public relations victory.

Alternatively, it may describe a tactic used by repressive regimes to label and discourage civil society or individuals from claiming their legal rights via national or international legal systems. This is especially common in situations when individuals and civil society use non-violent methods to highlight or oppose discrimination, corruption, lack of democracy, limiting freedom of speech, violations of human rights and violations of international humanitarian law.

## Etymology

The term is a portmanteau of the words *law* and *warfare*. Perhaps the first use of the term "lawfare" was in the 1975 manuscript *Whither Goeth the Law*, which argues that the Western legal system has become overly contentious and utilitarian as compared to the more humanitarian, norm-based Eastern system.[5]

A more frequently cited use of the term was Charles J. Dunlap, Jr.'s 2001 essay authored for Harvard's Carr Center.[5] In that essay, Dunlap defines lawfare as "the use of law as a weapon of war".[6] He later expanded on the definition, explaining lawfare was "the exploitation of real, perceived, or even orchestrated incidents of law-of-war violations being employed as an unconventional means of confronting" a superior military power.[7]

Colonel Charles Dunlap describes lawfare as "a method of warfare where law is used as a means of realizing a military objective".[8] In this sense lawfare may be a more humane substitute for military conflict. Colonel Dunlap considers lawfare overall a "cynical manipulation of the rule of law and the humanitarian values it represents".[8]

Benjamin Wittes, Robert Chesney, and Jack Goldsmith employed the word in the name of the Lawfare Blog, which focuses on national security law and which has explored the term and the debate over what lawfare means and whether it should be considered exclusively a pejorative.[9][10]

## Universal jurisdiction

Lawfare may involve the law of a nation turned against its own officials, but more recently it has been associated with the spread of universal jurisdiction, that is, one nation or an international organization hosted by that nation reaching out to seize and prosecute officials of another.[11]



Extremely Urgent

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground
UPS Standard
UPS 3 Day Select®

This envelope is for use with the following services:

Do not use this envelope for UPS

RECEIVED
DEC 1 2023
PRO SE OFFICE

RECEIVED
NOV 3 0 2023
CLERK'S OFFICE
S.D.N.Y.

STEPHEN WALLACE
(561) 822-7117
THE UPS STORE #4067
4371 NORTHLAKE BLVD
PALM BEACH GARD FL 33410-6253

SHIP
TO:
SHIP COURT CLERK
(212) 805-0136
USDC
FL 8
500 PEARL ST
NEW YORK NY 10007-1316

0.5 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 29 NOV 2023

NY 102 9-10

UPS NEXT DAY AIR
TRACKING #: 1Z A3W 299 01 1799 8818          1

BILLING: P/P

REF #1: 3315752341

ISH 13.00F ZZP 450 42.5U 10/2023

United Parcel Service®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com
010195101  9/20  PAC  United Parcel Service

0 years

Visit UPS.com
Apply shipping docu

code to
a pickup

SEE NOTICE ON REVERSE regarding UPS Terms and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to US law is prohibited.

hipments
or the letter rate, UPS Express® envelopes may
ence, urgent documents, and/or electronic me
UPS Express envelopes containing items othe
more than 8 oz. will be billed by weight.

al Shipments
press envelope may be used only for documen
an countries consider electronic media as docu
nporto verify if your shipment is classifi

or the letter rate, the UPS Express envelope mu
s envelopes weighing more than 8 oz. will be bil

press envelopes are not recommended for shi
dia containing sensitive personal information o
ash or cash equivalent.

Shipping Notice.— Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established
ntion for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on
for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported
in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.