UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETON PARK CAPITAL MANAGEMENT
L.P., et al.,

                    Plaintiffs,

-against-

ARGENTINE REPUBLIC, et al.,

                    Defendants.

No. 16 CV 8569 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Wallace's pro se "Emergency Motions [sic] to Intervene and for Temporary Injunction for 'Lawfare' Being Allegedly Perpetrated, under Color of Law."   (Dkt. no. 456.) Because Movant has not complied with Local Rule 7.1 requiring a memorandum of law in support of a motion and has not otherwise provided any basis for the relief requested therein, the motion is DENIED.

The Clerk of the Court shall mail a copy of this order to Mr. Wallace.


SO ORDERED.

Dated:    December 6, 2023
          New York, New York


_____
LORETTA A. PRESKA
Senior United States District Judge