June 9, 2024

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

         Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

      We write jointly on behalf of Plaintiffs and Defendant in connection with the deadlines for the response and reply to Plaintiffs' pre-motion letter filed on Friday, June 6, 2025 (*Petersen* ECF No. 736). The Republic seeks a one-week extension, to <u>June 18, 2025</u>, of the Republic's June 11, 2025 deadline to respond to Plaintiffs' pre-motion letter. Plaintiffs consent to this request provided that their deadline to submit their reply letter is extended from June 19, 2025 until <u>June 25, 2025</u>.

      There have been no previous extensions of the deadlines for the Republic's response or Plaintiffs' reply with respect to this pre-motion letter. Accordingly, the parties jointly request that the Court grant the extensions set forth above.

Respectfully,

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* <br> Robert J. Giuffra, Jr. | */s/ Andrew E. Goldsmith* <br> Andrew E. Goldsmith |
| SULLIVAN & CROMWELL LLP <br> 125 Broad Street <br> New York, New York 10004-2498 <br> Telephone:  (212) 558-4000 <br> Facsimile:  (212) 558-3588 <br><br> *Counsel for The Argentine Republic* | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK LLP <br> Sumner Square, 1615 M Street, N.W. <br> Suite 400 <br> Washington, D.C. 20036-3215 <br> Telephone:  (202) 326-7900 <br> Facsimile:  (202) 326-7999 <br><br> *Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund* |

cc:    Counsel of Record (by ECF)