UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,<br><br>      Plaintiffs,<br> - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>      Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P.,<br><br>      Plaintiffs,<br> - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>      Defendants. | No. 16 Civ. 8569 (LAP) |

## SCHEDULING ORDER

The Proposed Scheduling Order is granted. The Court hereby ORDERS that the Parties adhere to the following schedule for post-judgment discovery:

The existing schedule and deadlines remain in force, consistent with this Court's orders at *Petersen* ECF Nos. 634 and 683:

| | |
|---|---|
| The Republic and its e-discovery vendor provide Plaintiffs with progress reports on the ESI collection process, including identification of the custodians and data affected | September 2, 2024 and every 28 days thereafter until the ESI production is complete |
| Republic begins rolling production of restored ESI documents | December 18, 2024 |
| Republic completes its previously ordered ESI production | February 18, 2025 |

Additionally:

| | |
|---|---|
| Republic completes production of documents previously produced in *Bainbridge Fund Ltd.* v. *The Republic of Argentina*, to be supplemented on a rolling basis | January 22, 2025 |
| Republic requests SWIFT messages for diplomatic, consular, and military accounts outside of Argentina and the United States from third-party financial institutions | February 7, 2025 |
| Republic substantially completes production of documents regarding the Republic's accounts in the U.S. | February 7, 2025 |
| Republic begins production of SWIFT messages received from third-party financial institutions for diplomatic, consular, and military accounts outside of Argentina and the United States, to be supplemented on a rolling basis | February 21, 2025 |
| Republic substantially completes production of documents in its possession regarding BCRA's gold reserves | February 28, 2025 |
| Republic substantially completes production of documents regarding the Republic's accounts in Argentina | February 28, 2025 |
| Final completion deadline for the Republic's production of all categories of documents described above | March 14, 2025 |

_____
LORETTA A. PRESKA
Senior United States District Judge

January 23, 2025
New York, New York

2