```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., <br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>　　　　　　Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>　　　　　　Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The discovery conference currently scheduled for October 21, 2025 is adjourned to October 9, 2025 at 10:00 a.m.

**SO ORDERED.**

Dated:　　September 30, 2025
　　　　　New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge