```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>        Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>        Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>        Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>        Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of (1) YPF's letter requesting a pre-motion conference regarding YPF's intended motion to stay discovery from YPF pending the Court's resolution of YPF's motion for reconsideration (dkt. no. 802), (dkt. no. 804); (2) Plaintiffs' response, (dkt. no. 806); (3) YPF's reply, (dkt. no. 809); and (4) the parties' joint letter regarding outstanding discovery disputes, (dkt. no. 805).[1]

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.

The parties shall appear for a conference on October 16, 2025 at 12:45 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    October 8, 2025
         New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge