UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>          Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>          Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Mr. Fernando G. Irazu is granted permission to practice pro hac vice in the above-captioned actions for the sole purpose of filing an appeal of the Court's March 3, 2025 Order (dkt. no. 726).[1] **SO ORDERED.**

Dated:    March 10, 2025
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.