**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x

PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

v.

ARGENTINE REPUBLIC AND YPF S.A.,

        Defendants.

Case Nos.

1:15-cv-02739-LAP

1:16-cv-08569-LAP

------------------------------ x

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P.,

        Plaintiffs,

v.

ARGENTINE REPUBLIC AND YPF S.A.,

        Defendants.

------------------------------ x

**NOTICE OF APPEAL**

    NOTICE IS HEREBY GIVEN that Non-Party YPF S.A. ("YPF") hereby appeals to the United States Court of Appeals for the Second Circuit from the order of the Honorable Loretta A. Preska, entered on November 10, 2025 (*Petersen* ECF No. 835; *Eton Park* ECF No. 734), which denied YPF's motion for reconsideration/reargument of the District Court's order entered on September 18, 2025 (*Petersen* ECF No. 798; *Eton Park* ECF No. 706), which denied YPF's orders to show cause for intervention and for a permanent injunction.

YPF's appeals of the District Court's September 18, 2025 order are already docketed before the Second Circuit at 25-2629, 25-2630. YPF believes that the appeals of the motion for reconsideration/reargument should be consolidated with the appeals of the September 18, 2025 order.

Dated: November 12, 2025
      New York, New York

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP

By: */s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden

66 Hudson Boulevard
New York, NY 10001
(212) 909-6000 (phone)
mpgoodman@debevoise.com
srselden@debevoise.com

*Counsel to YPF S.A.*