# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

January 27, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-08569

Your Honor:

Pursuant to Rule 2(G) of Your Honor's Individual Practices and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (*Petersen* Dkt. No. 674; *Eton Park* Dkt. No. 596) (the "Protective Order"), and at the Republic's request, Plaintiffs respectfully seek leave to file under seal Exhibit A to the parties' joint letter concerning discovery matters dated January 27, 2026.

Exhibit A consists of WhatsApp communications between Republic officials and alter-ego entities produced by the Republic. The Republic has designated Exhibit A as "Confidential" pursuant to the Protective Order and requests that it be filed under seal. Plaintiffs object to the sealing of Exhibit A, as the Republic has provided no specific basis for its confidentiality designation, and submit this letter motion solely pursuant to the Protective Order.

Respectfully submitted,

*/s/ Seth L. Levine*
Seth L. Levine

cc: All counsel of record (via ECF)