# EXHIBIT B

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

---

NEW YORK • LOS ANGELES • PALO ALTO

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 29, 2025

Via E-mail

Seth L. Levine,
    Levine Lee LLP,
        400 Madison Avenue, 8th Floor,
            New York, New York 10017.

        Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*,
                No. 15-cv-2739 (S.D.N.Y.)
                *Eton Park Capital Management, L.P.* v. *Argentina Republic*,
                No. 16-cv-8569 (S.D.N.Y.)

Dear Seth:

        On behalf of the Argentine Republic, I write to provide an update on the Republic's search to (i) identify centralized sources that may contain information responsive to Plaintiffs' requests regarding certain assets in Argentina, (ii) identify any movable assets of substantial value (*i.e.*, greater than approximately $1 million) in the United States. In addition, I write to (iii) provide the Republic's proposal to address Subpoena Question 18 regarding accounts used to make payments to law or consulting firms.

**Centralized and Other Sources Containing Information on Assets**

        On July 30, 2025, the Republic provided to Plaintiffs a list of 114 ministries, secretariats, and undersecretariats that are most likely to possess information regarding Plaintiffs' requests for information regarding (1) debts owed to the Republic by persons in Argentina (First RFPs 38; Second RFPs 7, 28, 31, 40, 48; Subpoena Question 10); (2) debts owed by the Republic to persons in Argentina (First RFPs 37; Second RFPs 8, 40, 49, 52); Subpoena Question 11); (3) commercial transactions with Argentine counterparties (Subpoena Question 10); (4) letters of credit issued by Argentine financial institutions (Section RFPs 20; Subpoena Question 17); (5) escrow accounts in Argentina (First RFPs 27, 28; Second RFPs 12, 13); Subpoena Question 19); and (6) movable assets in Argentina

Seth L. Levine                                                                                                          -2-

and legal and beneficial interests therein (Second RFPs 3, 4).  (*See Petersen* Dkt. No. 771-1.)

At your request, the Republic asked that each of these ministries, including their secretariats and undersecretaries, identify any centralized sources and other locations aside from such centralized sources that may contain responsive information by August 13, 2025.  As of the date of this letter, the ministries, secretariats, undersecretaries, and/or directorates identified below have responded to the Republic's request:[1]

1. **Presidency of the Nation** (*Presidencia de la Nación*), including the General Secretariat (Secretaría General), the Legal and Technical Secretariat (*Secretaría Legal y Técnica*) and the Undersecretariat for Administrative Management and Registry (*Subsecretaría de Gestión Administrativa y Registro*);

2. **Ministry of Defense** (*Ministerio de Defensa*), including the Undersecretariat of Administrative Management (*Subsecretaría de Gestión Administrativa*);

3. **Ministry of Foreign Affairs, International Trade and Worship** (*Ministerio de Relaciones Exteriores, Comercio Internacional y Culto*), including the General Directorate for International Legal Advice (*Dirección General de Consejería Legal Internacional*) (collecting responses from the Finance Directorate (*Dirección de Finanzas*), the Directorate of Procurement and Contracting (*Dirección de Compras y Contrataciones*), and the Directorate of Technical-Administrative Management and Asset Registry (*Dirección Técnico-Administrativa y Registro de los Bienes*));

4. **Ministry of Economy** (*Ministerio de Economía*), including the Secretariat of Agriculture, Livestock, and Fisheries (*Secretaría de Agricultura, Ganadería y Pesca*), the Secretariat of Mining (*Secretaría de Minería*), the Legal and Administrative Secretariat (Secretaría Legal y Administrativa) and its undersecretaries, the Secretariat of Finance (*Secretaría de Hacienda*) and the Undersecretariat of Budget (Subsecretaría de Presupuesto), the Transport Secretariat (*Secretaría de Transporte*), the Secretariat of Energy

---

[1]  The Republic has yet to receive a response from the Ministry of National Security, including its secretariats and undersecretaries.  The Republic is following up with this ministry for further information.  The Republic further notes that it has not received a response from all of the individual secretariats and undersecretariats.  The Republic is still investigating and will provide an update regarding whether the sources of information identified to date are complete with respect to all relevant secretariats and undersecretaries that are part of the ministries listed above.

Seth L. Levine											-3-

        and the Undersecretary of Energy Transition and Planning *(Subsecretaría de Transición y Planeamiento Energético)*, the Secretariat of Finance *(Secretaría de Finanzas)*, the Secretariat for Public Works *(Secretaría de Obras Públicas)*;

5. **General Comptroller of the Nation** (*Sindicatura General de la Nación*), including the General Directorate for Legal Affairs (*Dirección General de Asuntos Jurídicos*);

6. **Chief of the Cabinet of Ministers** (*Jefatura de Gabinete de Ministros*), including the Undersecretary of Administrative Management of Innovation, Science, and Technology (*Subsecretaría de Gestión Administrativa de Innovación, Ciencia y Tecnología*) and Undersecretary of Information and Communications Technology (*Subsecretaria de Tecnologías de la Información y las Comunicaciones*)  at the Secretariat of Innovation, Science and Technology (*Secretaría de Innovación, Ciencia y Tecnología*), the Deputy Chief of Staff of the Interior (*Vicejefatura de Gabinete del Interior*) and the Undersecretary of Undersecretary of Administrative Management of the Interior (*Subsecretaría de Gestión Administrativa de Interior*), and Deputy Chief of the Executive Cabinet (*Vicejefatura de Gabinete Ejecutiva*) and Undersecretary of Administrative Management (*Subsecretaría de Gestión Administrativa*); and

7. **AABE** (*Agencia de Administración de Bienes del Estado*), including the General Directorate for Legal Affairs (*Dirección General de Asuntos Jurídicos*).

        After reviewing the responses received to date, the Republic has identified the following centralized databases or other sources of information that contain or may contain information responsive to Plaintiffs' requests.  The Republic will supplement its summary as outstanding information becomes available.

1. <u>Debts</u>

        The Republic believes that the *Sistema Integrado de Información Financiera Internet* ("e-SIDIF"), the *Sistema de Unidades Ejecutoras de Préstamos Externos* ("UEPEX"), and the *Sistema de Gestión Administrativo Financiera de la Cancillería* (GAFCAN) are likely to be appropriate centralized sources of information about (i) debts owed to the Republic by persons in Argentina (First RFPs 38; Second RFPs 7, 28, 31, 40, 48; Subpoena Question 10) and (ii) debts owed by the Republic to persons in Argentina (First RFPs 37; Second RFPs 8, 40, 49, 52; Subpoena Question 11) across the Central Administration (including ministries and secretariats not listed above).

Seth L. Levine                                                                                                                                    -4-

        e-SIDIF is a financial management system that records budgetary, accounting, and financial transactions of the Central Administration.  The system is structured into specialized modules covering different stages of the financial cycle: (i) Budget (records budget appropriations, modifications, and monitoring of the annual budget law), (ii) Expenses (records liabilities, receivables, payments, and internal reserves, including corporate purchase cards and revolving funds), (iii) Resources (manages collections, transfers, and garnishments and monitors uncollectible debts and itemized records), and (iv) Treasury (coordinates transfers, bank reconciliations, and liquidity optimization).  The system allows searches to be performed and information reports to be generated based on parameters such as: fiscal year, purchase order number, selection procedure data, date range, specific beneficiaries, and purpose of the expenditure.

        In addition to e-SIDIF, the Republic has identified the UEPEX, which is administered by the General Directorate of Financial Administration Information Systems of the Ministry of Economy (DGSIAF).  That system administers and manages the procurement, accounting, financial reporting, and monitoring of development projects or programs funded by international loans granted by multilateral and bilateral credit organizations.  It is a tool for managing external financing used for specific reconstruction or development projects or programs funded by international lenders, such as the World Bank or Inter-American Development Bank.

        Moreover, the GAF-CAN system may potentially contain information related to debts.  The system was developed by the Ministry of Foreign Affairs, International Trade and Worship as an administrative and financial management tool for the various operations conducted by that ministry, including that of the Republic's embassies and consulates.  This internal system records the administrative procedures carried out by the ministry domestically and in its offices abroad.  The GAF-CAN system links to various modules, permitting data and attachments in various formats to be uploaded.  This allows administrative and financial information and documentation to be linked and exchanged between the Ministry and overseas offices.

        Also, information regarding public debts of the Argentine government are publicly available at the following link: https://www.argentina.gob.ar/economia/finanzas/datos.  This website contains monthly *informes* on national debt, quarterly data reporting, detailed information on the current debt instruments issued by the National Government, and graphical data summarizing the gross national debt.

        The Republic proposes searching the e-SIDIF, UEPEX, and GAF-CAN databases to identify information on debts of $1 million or more owed to or by the Republic to persons in Argentina in response to the above-referenced discovery requests.  Plaintiffs

Seth L. Levine                                                                                                                                -5-

may also use the above-referenced public website to obtain monthly and quarterly reporting on the Republic's sovereign debt.

2. <u>Commercial Transactions with Argentine Counterparties</u>

The Republic believes that the COMPR.AR and e-SIDIF systems are reasonably complete centralized sources of information about commercial transactions with Argentine counterparties (Subpoena Question 10) across the Central Administration (including ministries and secretariats not listed above). The Republic's inquiries have not identified other reasonably available sources of information about commercial transactions with Argentine counterparties.

As explained in our August 18, 2025 letter, COMPR.AR serves as a public repository for all contracts (1) between the Central Administration and private individuals and/or legal entities and (2) between government departments (*i.e.*, "inter-administrative" contracts). Further information about the contents and parameters for that database can be found in that letter.

The Republic proposes searching the e-SIDIF database to identify information on commercial transactions with Argentine counterparties in response to the above-referenced discovery requests. Plaintiffs may also use the publicly available COMPR.AR system for additional searches as described in our prior letter.

3. <u>Letters of Credit Issued by Argentine Financial Institutions</u>

The Republic believes that the e-SIDIF system may also be a centralized source of information about letters of credit issued by Argentine financial institutions (Section RFPs 20; Subpoena Question 17) across the Central Administration (including ministries and secretariats not listed above). SWIFT messages pertaining to letters of credit may also be an appropriate source of information regarding letters of credit issued by Argentine Financial institutions.

The Republic is still investigating the scope of information available on e-SIDIF and will provide an update to Plaintiffs when it has determined the most appropriate data source for identification of letters of credit.

4. <u>Escrow Accounts in Argentina</u>

The Republic believes that the e-SIDIF system is likely to be an appropriate centralized source of information about escrow accounts in Argentina (First RFPs 27, 28; Second RFPs 12, 13); Subpoena Question 19) across the government Central Administration (including ministries and secretariats not in the chart above). The Republic is still investigating the scope of information available on e-SIDIF, and will provide an

Seth L. Levine                                                                                          -6-

update to Plaintiffs when it has determined the most appropriate data source for identification on escrow accounts.

   5. <u>Movable Assets in Argentina</u>

We understand that the *Sistema de Gestión de Bienes* ("GEBI") is the system for managing and registering assets used by the Ministry of Economy, which contains or is likely to contain information on movable assets in Argentina and legal and beneficial interests therein (Second RFPs 3, 4). The Republic is still investigating the scope of information available on GEBI and will provide an update to Plaintiffs when it has determined the most appropriate data source for identification of movable assets.

**Movable Assets in the United States**

As set forth in the Republic's August 5, 2025 letter to the Court, the Republic requested that its U.S. Embassy in Washington, D.C., and each of its six U.S. Consulates identify movable assets located in the United States valued at greater than approximately $1 million. On August 13, 2025, the Ministry of Foreign Affairs, International Trade and Worship reported that the Ministry owned no movable assets in the Embassy and Consulates whose valuation is equal to or greater than US$1 million.

The Republic does not believe that a further search for movable assets in embassies and consulates in other countries outside of Argentina is necessary, proportional, or relevant to post-judgment execution. In accordance with Judge Preska's instructions at the July 29, 2025 hearing, we are available to confer on that issue.

**Identification of Accounts – Subpoena Question 18**

As further set out in our August 18, 2025 letter, Plaintiffs' proposal to add sub-categories to Subpoena Question 18 appears to broaden the request to add categories unrelated to legal proceedings and are not helpful. Consequently, we explained that the Republic was considering alternative approaches to addressing this question. After conferring with our client, the Republic is agreeable to (1) identifying the ministries likely to retain law firms or consulting firms outside of Argentina in connection with any legal proceeding in which Argentina has been a party over the prior two years, and (2), once identified, consulting further with those ministries to determine if it is possible to identify the accounts (by name and address of the relevant financial institution, name of the account holder, and account number) used to make payments to those law firms or consulting firms.

*\*\*\**

We are available to confer on these matters.

Seth L. Levine -7-

Sincerely,

*/s/ Amanda Flug Davidoff*
Amanda Flug Davidoff