# EXHIBIT D

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 18, 2025

<u>Via E-mail</u>

Seth L. Levine,
    Levine Lee LLP,
        400 Madison Avenue, 8th Floor,
            New York, New York  10017.

> Re:     *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*,
>         No. 15-cv-2739 (S.D.N.Y.)
>         *Eton Park Capital Management, L.P.* v. *Argentina Republic*,
>         No. 16-cv-8569 (S.D.N.Y.)

Dear Seth:

On behalf of the Argentine Republic, I write to provide responses to certain proposals and requests made by Plaintiffs over the course of the meet-and-confers around the July 29 and August 6, 2025 court conferences:

<u>Requests Regarding Certain Assets in Argentina</u>

On July 30, 2025, the Republic provided to Plaintiffs a list of 114 ministries, secretariats, and undersecretaries that are most likely to possess information regarding Plaintiffs' requests for information regarding (1) debts owed to the Republic by persons in Argentina (First RFPs 38; Second RFPs 7, 28, 31, 40, 48; Subpoena Question 10); (2) debts owed by the Republic to persons in Argentina (First RFPs 37; Second RFPs 8, 40, 49, 52; Subpoena Question 11); (3) commercial transactions with Argentine counterparties (Subpoena Question 16); (4) letters of credit issued by Argentine financial institutions (Section RFPs 10; Subpoena Question 17); (5) escrow accounts in Argentina (First RFPs 27, 28; Second RFPs 12, 13; Subpoena Question 19); and (6) movable assets in Argentina and legal and beneficial interests therein (Second RFPs 3, 4). (*See Petersen* Dkt. No. 771-1.)  The Republic requested that each of these ministries, including their secretariats and undersecretaries, identify any centralized sources and other locations aside from such centralized sources that may contain responsive information by August 13, 2025.

Seth L. Levine                                                                                           -2-

As of the date of this letter, the ministries, secretariats, and undersecretaries identified below have provided information regarding centralized and other sources that may contain other information:

1.  Ministry of Foreign Affairs, International Trade and Worship (Ministerio de Relaciones Exteriores, Comercio Internacional y Culto), including its secretariats

2.  General Directorate of Administration (Dirección General de Adminstración) (part of the Ministry of Economy)

3.  Secretariat of Agriculture, Livestock, and Fisheries (Secretaría de Agricultura, Ganadería y Pesca) (part of the Ministry of Economy), including its undersecretaries

4.  Secretariat of Mining (Secretaría de Minería) (part of the Ministry of Economy)

5.  Undersecretary of Energy Transition and Planning (Subsecretaría de Transición y Planeamiento Energético) (part of the Ministry of Economy),

6.  Secretariat of Finance (Secretaría de Hacienda) (part of the Ministry of Economy), including the Undersecretariat of Budget (Subsecretaría de Presupuesto)

7.  Secretariat of Finance (Secretaría de Finanzas) (part of the Ministry of Economy)

8.  Legal Undersecretariat (Subsecretaría Legal) (part of the Ministry of Economy)

9.  Undersecretary of Administrative Management of Infrastructure (Subsecretaría de Gestión Administrativa de Infraestructura) (part of the Ministry of Economy)

10. Undersecretary of Administration and Asset Standardisation (Subsecretaría de Administración y Normalización Patrimonial) (part of the Ministry of Economy)

11. Transport Secretariat (Secretaría de Transporte) (part of the Ministry of Economy)

12. General Comptroller of the Nation (Sindicatura General de la Nación)

13. Undersecretary of Administrative Management of Innovation, Science, and Technology (Subsecretaría de Gestión Administrativa de Innovación, Ciencia y Tecnología) (part of Chief of Cabinet of Ministries)

Seth L. Levine                                                                          -3-

14.    Undersecretary of Information and Communications Technology (Subsecretaria de Tecnologías de la Información y las Comunicaciones) (part of Chief of Cabinet of Ministries)

15.    Ministry of Defense (Ministerio de Defensa), including its secretariats.

We are organizing this information and will provide it promptly. The remaining ministries, secretariats, and undersecretaries have confirmed that the Republic's requests are in progress; the Republic will provide this information to Plaintiffs on a rolling basis.

On July 31, 2025, Plaintiffs proposed that 20 additional ministries, secretariats, and undersecretaries be added to the list of 114 ministries, secretariats, and undersecretaries. Specifically, Plaintiffs proposed adding:

1.    Vice Presidency of the Nation (Vicepresidencia de la Nación)

2.    Ministry of Defense – Cabinet Advisors Unit (Ministerio de Defensa – Unidad Gabinete de Asesores)

3.    Deputy Chief of the Cabinet of the Interior – Secretariat of Provinces and Municipalities (Vicejefatura de Gabinete Del Interior – Secretaria de Provincios y Municipios)

4.    Secretariat of Communication and Media (Secretaría de Comunicación y Medios)

5.    Ministry of Justice (Ministerio de Justicia)

6.    Office of the Treasury Attorney of the Nation (Procuración del Tesoro de la Nación)

7.    Military House – General Secretariat (Casa Militar)

8.    Advisory Cabinet Unit – General Secretariat (Unidad Gabinete de Asesores)

9.    Undersecretary of Institutional Management – General Secretariat (Subsecretaría De Gestión Institucional)

10.    Undersecretary of General Planning – General Secretariat (Subsecretaría de Planificación General)

11.    Undersecretary of Presidential Affairs – General Secretariat (Subsecretaría de Asuntos Presidenciales)

12.    Undersecretary of Administrative Coordination – General Secretariat (Subsecretaría de Coordinación Adminsitrativa)

13.    Legal Undersecretary – General Secretariat (Subsecretaría Legal)

Seth L. Levine                                                                                    -4-

14.    Advisory Cabinet Unit – Legal and Technical Secretariat (Unidad Gabinete de Asesores)

15.    Undersecretary of Strategic Planning – Legal and Technical Secretariat (Subsecretaría de Planeamiento Estratégico)

16.    Undersecretary of Legal Affairs – Legal and Technical Secretariat (Subsecretaría de Asuntos Legales)

17.    Undersecretary of Administrative Management and Registry – Legal and Technical Secretariat (Subsecretaría de Gestión Adminsitrative y Registro)

18.    Agency for the Transformation of State-Owned Enterprises (Agencia De Transformacion De Empresas Publicas)

19.    Agency for the Administration of State Assets (Agencia de Administración de Bienes del Estado)

20.    National Securities Commission (Comisión Nacional de Valores)

The Republic is agreeable to including (1) the 11 undersecretaries of the General Secretariat and the Legal and Technical Secretariat, (2) the Ministry of Defense – Cabinet Advisors Unit (Ministerio de Defensa – Unidad Gabinete de Asesores), and (3) the Agency for the Administration of State Assets ("AABE"). The Republic does not believe that any of the other ministries, secretariats, or undersecretaries Plaintiffs identified are likely to possess any additional responsive information, and proposes that the parties proceed with the agreed list, and Plaintiffs review the information ultimately produced as a result of those searches in the first instance. If, upon review of that information, Plaintiffs seek further searches, the parties can discuss. Of course, if Plaintiffs would like to provide information sooner about why they believe the other 7 ministries, secretariats, or undersecretaries are likely to have responsive information, the Republic is willing to confer.

<u>Identification of Accounts</u>

***Subpoena Questions 15, 18, and 19.*** On July 15, 2025, Plaintiffs requested that the Republic identify the accounts used in connection with the transactions or activities identified in First RFPs 19, 21, 24, and 18 and Subpoena Questions 14, 15, 18, 26-30. (July 15, 2025 Ltr. from M. Alinikoff at 2.) The Republic agreed to conduct a reasonable search to identify the accounts used in connection with the transactions or activities identified in Subpoena Questions 26, 27, 29, and 30. (*Petersen* Dkt. No. 763, at 20.) Plaintiffs asked that the Republic also identify all accounts used in connection with Subpoena Questions 15, 18, and 19. (*Id.* at 21.) On August 1, 2025, Plaintiffs provided the Republic with what Plaintiffs described as "a proposed preliminary list" of "sub-categories as to Questions 15, 18, and 19." (Aug. 1, 2025 Email from A. King.)

Seth L. Levine                                                                    -5-

With respect to Question 15, which concerns financial agreements between the Republic and China, the Republic has produced the enabling decrees and accompanying exhibits (which include the underlying agreements) regarding the four financial agreements the Republic has entered into with the China since January 1, 2020: (1) *Aprovechamiento Hidroeléctricos del Río Santa Cruz 'Represas Presidente Dr. Néstor Kirchner y Gobernador Carlos Cepernic'*; (2) *Proyecto de Rehabilitación del Ferrocarril Belgrano Cargas*; (3) *Parque Fotovoltaico Cauchari Solar I, II y III*; and (4) *Proyecto Integral Jujuy Seguro e Interconectado*. (*See* Republic's Responses & Objections to Plaintiffs' Information Subpoena, at Response to Written Question No. 14.) The Republic agrees to conduct a reasonable search for the accounts used in connection with these four agreements.

Question 18 asks the Republic to "*[l]ist all accounts* used by Argentina (whether such accounts are located in Argentina or elsewhere) to make payments to any law firm or consulting firm located in the United States or Foreign Country, in connection to *any legal proceeding to which Argentina has been a party*." Plaintiffs' proposed "sub-categories" as to this Question appear to broaden it to add categories unrelated to legal proceedings and are not helpful. The Republic is considering alternative approaches to addressing this question, and will provide an update by next week.

Question 19 asks the Republic to "*[p]rovide a list* of any *escrow account established in connection with the sale of any Asset* by Argentina to any Person*.*" Plaintiffs' proposed "sub-categories" as to this question also appear to broaden this to add categories unrelated to escrow accounts used for sales. The Republic has already confirmed that after a reasonable search, it identified no escrow accounts outside of Argentina. (*See* May 23, 2025 Ltr. from A. Davidoff, at 7-8.) The Republic is currently in the process of collecting information regarding escrow accounts in Argentina. Instead of attempting to use the Plaintiffs' categorization, the Republic will complete this search and believes that its results will satisfy Question 19.

***Account Ownership.*** On August 4, 2025, Plaintiffs asked the Republic to identify the owner of the accounts for which "Argentine Embassy Defence" is listed as the account holder in AR00161243. (Aug. 4, 2025 Email from A. King.) The Republic has confirmed that the Armed Forces—specifically, the Argentine Army—owns these accounts. To the extent Plaintiffs are requesting that the Republic identify the "different purposes" of each of the Republic's hundreds of accounts (*see id.*), that request goes beyond the scope of Plaintiffs' RFPs and Information Subpoena and would be unduly burdensome. The Republic has already addressed Plaintiffs' requests that the Republic identify the accounts used as described in Questions 15, 18, 19, 26, 27, 29, and 30. Further, Plaintiffs have received or will receive available SWIFT information for all of the Republic's accounts.

Seth L. Levine                                                                                    -6-

Commercial Transactions in the United States and Foreign Countries

   The Republic agreed in the joint status report filed in advance of the July 29, 2025 Conference to "provide a description of the contents of the National Office of Procurement's database and of search tools to conduct searches to identify purchases made by the Republic in the United States and foreign countries and to provide reasonable assistance to Plaintiffs in conducting searches of that database." (*Petersen* Dkt. No. 763, at 8.) On July 31, 2025, the Republic informed Plaintiffs that it would endeavor to provide a description of the contents of the database—known as "COMPR.AR"—by August 14, 2025.

   In 2001, the *Poder Ejecutivo Nacional* (National Executive Branch, or "PEN") created the *Régimen de Contrataciones de la Administración Nacional* (National Administration Contracting Regime, or "RCAN") by Decree No. 1021/01 to serve as the general regulatory framework for contracts entered into by the Republic. Contracts which are required to comply with the RCAN include, but are not limited to: contracts for the sale of goods, supply contracts, service agreements, rental agreements, consultancy agreements, lease-purchase agreements, swap agreements, concession agreements for the use of property owned by the Republic (whether held for public or private use), and public works contracts. Articles 21 and 22 of Decree No. 1023/01 allow for procurement procedures to be conducted electronically; in 2016, Decree No. 1030/16 established the National Office of Procurement for the purpose of establishing such an electronic procurement process. Thereafter, the COMPR.AR database was created.

   Since its creation, COMPR.AR has been used as a public repository for all contracts (1) between the Republic and private individuals and/or legal entities and (2) between government departments (*i.e.*, "inter-administrative" contracts). COMPR.AR is also used as a tool to manage the procurement process from the solicitation of bids to the submission of bids to the awarding and execution of contracts. Once bids have been requested, all data concerning the bidders and their bids (including the date and time of confirmation on the platform, bid amounts, and alternative or variant bids, if any) is made available to the public via the COMPR.AR portal. The statutory framework also allows for interested parties to submit inquiries during the bid solicitation stage and requires the relevant procuring agency to respond through circulars, which are also made available to all participants in the procurement process and the public at large through COMPR.AR.

   The COMPR.AR database allows for advanced searches using multiple different search criteria, including but not limited to: process number, file number, descriptive nature of the process, agency, type of process, procedure status, category, supplier, and date range.

Seth L. Levine                                                                    -7-

For example, when reviewing a particular procurement process, the following data will be available on COMPR.AR:

1.  <u>Basic Information</u>: Procurement process type and number; class; modality; legal framework; file number generated in the Electronic File (EE) module of the Electronic Document Management Ecosystem (GDE); descriptive name of the process; procurement operating unit (UOC) responsible for the process; purpose of the procurement; and basic parameters of the specific terms and conditions.

2.  <u>Procurement Request(s) Assigned to the Process</u>:  Request number; status; responsible unit; category; urgency type; creation date.

3.  <u>Details of Goods or Services Subject to Procurement</u>:  Line number; purpose of expenditure; item code; description; quantity/quantities.

4.  <u>Call Schedule</u>:  Estimated date and time of publication on the portal; date and time of publication on the Official Gazette; start and end dates and times for inquiries; start and end dates and times for the submission of hard-copy documents; date and time scheduled for bid opening.

5.  <u>Participation Requirements Specified in the Terms and Conditions</u>: Economic and financial requirements; technical requirements; administrative requirements.

6.  <u>Guarantees</u>:  Bid challenge guarantee; bid maintenance guarantee; contract performance bond.

7.  <u>Contract Information</u>:  Estimated contract start date; effective term.

8.  <u>Penalties</u>

9.  <u>Bids</u>:  Participating suppliers; confirmed bids.

10. <u>Administrative Acts</u>:  Document; GDE number; special number; date of posting (publication on COMPR.AR).

11. <u>Circulars</u>:  Number; publication date; type.

12. <u>Bid Opening Report</u>:  Document; creation date.

13. <u>Bid Evaluation Report</u>:  Document; creation date; status; justification.

Seth L. Levine                                                                              -8-

14.     <u>Contractual Document by Supplier</u>: Number; supplier name; taxpayer identification number (CUIT); type; status; execution date; amount; currency.

An instructional guide for conducting searches on several public databases, including COMPR.AR, is attached.

<u>Metadata</u>

On July 31, 2025, Plaintiffs identified examples of previously produced emails that Plaintiffs contend are missing certain metadata. (*See* July 31, 2025 Email from A. Bradley.) Specifically, Plaintiffs identified (1) AR00179974, which lists "Zimbra Mail" as a custodian, and (2) AR00137324, which lists "Convenio" as a custodian.

Zimbra Mail is an email server used by the Republic. The Zimbra Mail system does not store emails by custodian; individual custodial information (*i.e.*, the sender or recipient of a particular email) is thus not included in the metadata of Zimbra Mail emails "in the usual course of business." Fed. R. Civ. P. 34(2)(E)(i). That information is, of course, available on the face of each email. Where the Republic collected and produced documents from back-up tapes stored on the Zimbra Mail system, "Zimbra Mail" is listed as the custodian.

As the Republic previously explained to Plaintiffs' counsel on June 4, 2024, "convenio@mecon.gov.ar" is the email address that was used specifically for communications regarding the Repsol settlement. (*See* June 4, 2024 Ltr. from A. Davidoff, at 2.) "Convenio" is thus identified as the custodian for that email.

Sincerely,

*/s/ Amanda Flug Davidoff*
Amanda Flug Davidoff

# INSTRUCTIVO PARA LA COMPULSA DE INFORMACIÓN DE LOS SISTEMAS DE CONTRATACIÓN DE BIENES Y SERVICIOS Y OBRA PÚBLICA

Oficina Nacional de Contrataciones

## 2024

Oficina Nacional
de Contrataciones



# INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN LOS SISTEMAS CONTRATAR Y DEL REGISTRO NACIONAL DE CONSTRUCTORES

Dirección Nacional de Contrataciones de Obra Pública, Registro de Constructores y Firmas Consultoras

## 2024

Oficina Nacional
de Contrataciones

IF-2024-94572821-APN-DNCBYS#JGM

**ONC** | Oficina Nacional de Contrataciones

# INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN LOS SISTEMAS CONTRATAR Y DEL REGISTRO NACIONAL DE CONSTRUCTORES

**BÚSQUEDA DE INFORMACIÓN DE PROCESOS SUSTANCIADOS A TRAVÉS DE CONTRATAR.**

La información relacionada con el Sistema de Gestión Electrónica para las contrataciones de Obra Pública, Concesiones de Obra Pública y Servicios Públicos y licencias, gestionadas electrónicamente a través del Sistema Electrónico de Contrataciones de la Administración Pública Nacional "CONTRATAR" puede ser consultada desde el portal web: https://contratar.gob.ar/, sitio al que puede acceder cualquier interesado, en forma libre e irrestricta a través del perfil público.

"CONTRATAR" cuenta con un motor de búsqueda de **procesos de contratación**, que permite filtrar la información a partir de diferentes criterios.   A continuación se reproduce un ejemplo para mejor ilustrar:

1. Ingresar a https://contratar.gob.ar// y hacer cliquear en **"PROCESOS DE CONTRATACIÓN"**.



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** │ Oficina Nacional de Contrataciones

2. Completar los filtros que correspondan como, por ejemplo, seleccionar el organismo entre las opciones que se desplegarán al seleccionar "Servicio Administrativo Financiero", pudiendo establecerse un rango de fechas de apertura de los procesos y ordenar el resultado de los procesos por número, tipo, fecha, etc.



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

*ACLARACIÓN: La imagen con los campos "servicio administrativo financiero", "fecha de apertura desde", "fecha de apertura hasta" y "resultado ordenado por" han sido completados a modo de ejemplo, pudiendo utilizarse otros o bien los mismos, en forma independiente, conjunta o indistinta.*

**BÚSQUEDA DE INFORMACIÓN DE PROCESOS, EN FUNCIÓN DE DETERMINADO/S CONSTRUCTORES**

El perfil público de "CONTRATAR" también permite consultar, por constructor, el historial de procedimientos de selección en los que se hubiere presentado como oferente, historial de contratos, etc.

En tal sentido, cuando se requiera información atinente a procesos sustanciados a través del Sistema Electrónico de Contrataciones de la Administración Pública Nacional "CONTRATAR" en los que hayan participado o hayan resultado adjudicados determinados constructores, deberán seguirse los siguientes pasos:

1.  Ingresar a https://contratar.gob.ar/ y cliquear en **"PROCESOS DE CONTRATACIÓN"**.



**ONC** | Oficina Nacional de Contrataciones

2. Hacer click en **"BUSCAR CONSTRUCTOR"**.



3. Completar los datos del constructor, indicando su denominación/razón social o número de CUIT y hacer click en **buscar**.



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

**4.** En caso de existir resultados en la base de datos de CONTRATAR, el sistema arrojará un listado con el detalle del número de proceso, Nombre del proceso, Tipo de Proceso, fecha de apertura, Estado, Unidad Ejecutora. Ej:



**ACLARACIÓN: Cuando la búsqueda arroje resultados, en el extremo inferior derecho de la pantalla se encontrará disponible la función que permite descargar el reporte correspondiente en formato Excel.**

**ONC** │ Oficina Nacional de Contrataciones

5. Finalmente, al cliquear sobre el número del/los procesos que sean de interés, se podrá acceder al detalle completo del procedimiento de selección y, en caso de haberse emitido documentos contractuales, podrán consultarse los mismos haciendo click sobre el número de **Documento Contractual por Constructor**, que se encontrará al final de la pantalla. Ej:



**ONC** | Oficina Nacional de Contrataciones

**CONSULTA DEL ESTADO REGISTRAL DE CONSTRUCTORES EN EL RNC**.

El Registro Nacional de Constructores y Firmas Consultoras de Obras Públicas (RNC) es administrado por la OFICINA NACIONAL DE CONTRATACIONES y tiene por objeto inscribir y clasificar a los constructores, consultores y proveedores de obra pública, y cuando así corresponda, calcular las capacidades económico financieras de ejecución referenciales, de contratación y de adjudicación; actualizar los antecedentes de los inscriptos, en función a su desarrollo y a la ejecución de las obras, cuya naturaleza y monto deberán ser tenidas en consideración.

En la actualidad el sistema electrónico de contrataciones "CONTRAT.AR" y el sistema de RNC se encuentran integrados en un único portal, sin perjuicio de mantener su individualidad y fines propios. El acceso es público, gratuito, mediante clave personal, y se realiza a través de Internet, en el sitio https://rnc.argentina.gob.ar/

Asimismo, a partir de la Comunicación General ONC N° 13/2024 se encuentra disponible para su consulta pública en el sitio web Argentina.gob.ar, el padrón de empresas inscriptas en el REGISTRO NACIONAL DE CONSTRUCTORES Y FIRMAS CONSULTORAS DE OBRAS PÚBLICAS, con indicación de la razón social, CUIL/CUIT, el tipo (Constructora o Consultora), estado del certificado y la fecha de expiración de la vigencia del mismo, pudiendo accederse a través del siguiente https://www.argentina.gob.ar/jefatura/innovacion-ciencia-y-tecnologia/oficina-nacional-de-contrataciones/portal-de-13

Asimismo se ofrece un motor de búsqueda que permite filtrar por palabras claves.



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

**CONSULTA AL REGISTRO DE SANCIONES APLICADAS A EMPRESAS CONSTRUCTORAS.**

El Régimen de Contrataciones de la Administración Pública Nacional, perfilado por el Decreto Delegado N° 1023/01 distingue entre penalidades y sanciones.

La aplicación de las penalidades es competencia de las jurisdicciones y entidades contratantes mientras que la imposición de sanciones es una facultad exclusiva y excluyente de la OFICINA NACIONAL DE CONTRATACIONES, en tanto Órgano Rector del sistema de contrataciones.

Con el dictado de la Comunicación General ONC N° 12/2024 la OFICINA NACIONAL DE CONTRATACIONES ha publicado el listado con las sanciones aplicadas, incluyendo tanto las que se encuentran vigentes como así también las que ya no lo están, en atención a que han sido cumplimentadas en su totalidad.

Dicho listado se encuentra disponible para su consulta pública el sitio web de la Argentina.gob.ar pudiendo accederse a través del siguiente link: https://www.argentina.gob.ar/jefatura/innovacion-ciencia-y-tecnologia/oficina-nacional-de-contrataciones/portal-de-0



## Registro de sanciones de empresas constructoras

Compartir en redes sociales  f  X  in  ☺  ➤

Esta información se actualiza diariamente.

| Provincia | Estado | Buscá por palabra clave |
|---|---|---|
| Todos | Todos | |

34 resultados

| Requirente | Empresa | CUIT/CUIL | Provincia | Motivo | Tipo | Plazo | Estado | Acto Administrativo |
|---|---|---|---|---|---|---|---|---|
| Adm. Provincial de Agua Prov. de Chaco | CONSTRUC- TORA PERFO- MAR S.A. | 30707804382 | CABA | RESCISIÓN DE CONTRATO POR INCUMPLI- MIENTO CONTRACTUAL | SUSPEN- SIÓN | 3 Meses | NO VIGENTE | DI-2019-70-APN-ONC#JGMv (28 de agosto de 2019) |
| Consejo de la Magistratura | ECIM S.R.L. | 30687861732 | Misiones | RESCISIÓN POR INCUMPLI- MIENTO | SUSPEN- SIÓN | 5 meses | NO VIGENTE | Disposicion ONC 92 (30 de septiembre de 2019) |

IF-2024-94572821-APN-DNCBYS#JGM

**Oficina Nacional de Contrataciones**

**ONC** | Oficina Nacional de Contrataciones

*ACLARACIÓN: Sin perjuicio de la periódica publicación y actualización en el portal, se aclara que continúa vigente la COMUNICACIÓN GENERAL ONC N 29/2020, por lo que los organismos comitentes deberán, en la oportunidad y condiciones allí previstas, consultar a la DIRECCIÓN NACIONAL DE CONTRATACIONES DE OBRA PÚBLICA, REGISTRO DE CONSTRUCTORES Y FIRMAS CONSULTORAS, si las Empresas oferentes cuentan con sanciones de acuerdo con los datos obrantes en el Registro a su cargo.*

# INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN COMPRAR Y SIPRO.

## Dirección Nacional de Contrataciones de Bienes y Servicios

## 2024

Oficina Nacional
de Contrataciones

IF-2024-94572821-APN-DNCBYS#JGM

**ONC** | Oficina Nacional de Contrataciones

## Contenido

INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN EL SISTEMA "COMPRAR"     2

SISTEMA ELECTRÓNICO DE CONTRATACIONES DE LA ADMINISTRACIÓN PÚBLICA
NACIONAL "COMPR.AR".     3

**BÚSQUEDA DE INFORMACIÓN DE PROCESOS SUSTANCIADOS A TRAVÉS DE
COMPR.AR, EN FUNCIÓN DEL/LOS ORGANISMO/S CONTRATANTE/S.**     3

**BÚSQUEDA DE INFORMACIÓN DE PROCESOS U ÓRDENES DE COMPRA O
VENTA, EN FUNCIÓN DE DETERMINADO/S PROVEEDOR/ES.**     5

INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN "SIPRO"     9

**CONSULTA DEL ESTADO REGISTRAL DE PROVEEDORES EN SIPRO**     9

**CONSULTA DE ANTECEDENTES Y SANCIONES A PROVEEDORES PUBLICADAS
EN SIPRO.**     12

**ONC** | Oficina Nacional de Contrataciones

# INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN EL SISTEMA "COMPRAR"

**SISTEMA ELECTRÓNICO DE CONTRATACIONES DE LA ADMINISTRACIÓN PÚBLICA NACIONAL "COMPR.AR".**

Aprobado por Disposición ONC N° 65/16, el Sistema Electrónico denominado "COMPR.AR", cuyo sitio de internet es https://comprar.gob.ar, es el sistema electrónico de gestión de las compras y contrataciones de bienes y servicios de la Administración Pública Nacional; es decir, es el medio para efectuar en forma electrónica todos los procedimientos prescriptos en el Reglamento del Régimen de Contrataciones de la Administración Nacional.

La información relacionada con compras y contrataciones públicas gestionadas electrónicamente a través del Sistema Electrónico de Contrataciones de la Administración Pública Nacional "COMPR.AR" puede ser consultada desde el portal web: https://comprar.gob.ar/, sitio al que puede acceder cualquier interesado, en forma libre e irrestricta a través del perfil público.

**ONC** | Oficina Nacional de Contrataciones

---

## BÚSQUEDA DE INFORMACIÓN DE PROCESOS SUSTANCIADOS A TRAVÉS DE COMPR.AR, EN FUNCIÓN DEL/LOS ORGANISMO/S CONTRATANTE/S.

"COMPR.AR" cuenta con un motor de búsqueda de procesos, que permite filtrar la información a partir de diferentes criterios.   A continuación se reproduce un ejemplo para mejor ilustrar:

1) Ingresar a https://comprar.gob.ar/ y hacer cliquear en "BÚSQUEDA DE PROCESOS".



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

2) Completar los filtros que correspondan como, por ejemplo, seleccionar el organismo entre las opciones que se desplegarán al seleccionar "Servicio Administrativo Financiero", pudiendo establecerse un rango de fechas de apertura de los procesos y ordenar el resultado de los procesos por número, tipo, fecha, etc.

### Búsqueda de Procesos

**Búsqueda rápida**

| Número de proceso: | | 🔍 |

**Búsqueda avanzada**

| Número expediente: | Nombre descriptivo del proceso: | Servicio Administrativo Financiero: |
|---|---|---|
| | | 343 - Ministerio de Seguridad |

| Unidad Operativa de Contrataciones: | Tipo proceso: | Estado proceso: |
|---|---|---|
| 347/000 - Dirección General de Administrac | Seleccionar | Seleccionar |

| Rubro: | Proveedor: | |
|---|---|---|
| Seleccionar | | Buscar proveedor   Limpiar |

| Fecha de apertura desde: | Fecha de apertura hasta: | Resultado ordenado por: |
|---|---|---|
| 23/08/2019 | 14/06/2024 | Tipo proceso |

| Tipo de Operación: |
|---|
| Seleccionar |

Buscar

Consultar Procesos de Compras gestionados fuera de ComprAR

Se han encontrado (7) resultados para su búsqueda

| Número proceso | Expediente | Nombre proceso | Tipo de Proceso | Fecha de apertura | Estado | Unidad Ejecutora | Servicio Administrativo Financiero |
|---|---|---|---|---|---|---|---|
| 14-0098-CDI99 | EX-2019-08608020-APN-GAYF#CNEA | ADQUISICIÓN DE REVISTAS NATURALEZA Y TECNOLOGÍA Y ENERGÍA NUCLEAR HOY | Contratación Directa | 28/02/2019 18:00 Hrs. | Adjudicado | 14 - Compras y Contrataciones - CNEA | 105 - Comisión Nacional de Energía Atómica |
| 14-0069-CDI23 | EX-2023-28295001-APN-GAYF#CNEA | SERVICIO DE PUBLICACIÓN REVISTAS Y PORTAL - GAAI | Contratación Directa | 31/03/2023 10:00 Hrs. | Adjudicado | 14 - Compras y Contrataciones - CNEA | 105 - Comisión Nacional de Energía Atómica |

**ACLARACIÓN: La imagen con los campos "servicio administrativo financiero", "fecha de apertura desde", "fecha de apertura hasta" y "resultado ordenado por" han sido completados a modo de ejemplo, pudiendo utilizarse otros o bien los mismos, en forma independiente, conjunta o indistinta.**

**ONC** | Oficina Nacional de Contrataciones

---

## BÚSQUEDA DE INFORMACIÓN DE PROCESOS U ÓRDENES DE COMPRA O VENTA, EN FUNCIÓN DE DETERMINADO/S PROVEEDOR/ES.

El perfil público de COMPR.AR también permite consultar, por proveedor, el historial de procedimientos de selección en los que se hubiere presentado como oferente, historial de contratos, órdenes de compra, etc.

En tal sentido, cuando se requiera información atinente a procesos sustanciados a través del Sistema Electrónico de Contrataciones de la Administración Pública Nacional "COMPR.AR" en los que hayan participado o hayan resultado adjudicados determinados proveedores o se hayan emitido en su favor órdenes de compra o venta, deberán seguirse los siguientes pasos:

1) Ingresar a https://comprar.gob.ar/ y cliquear en "BÚSQUEDA DE PROCESOS".



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** │ Oficina Nacional de Contrataciones

2) Hacer click en "Buscar Proveedor".



3) Completar los datos del proveedor, indicando su denominación/razón social o número de CUIT y hacer click en seleccionar.



**ONC** | Oficina Nacional de Contrataciones

4) En caso de existir resultados en la base de datos de COMPR.AR, el sistema arrojará un listado con el detalle del número de proceso, número de expediente, descripción de objeto del proceso, tipo de proceso, fecha de apertura, estado, unidad ejecutora y servicio administrativo financiero.

Se han encontrado (7) resultados para su búsqueda

| Número proceso | Expediente | Nombre proceso | Tipo de Proceso | Fecha de apertura | Estado | Unidad Ejecutora | Servicio Administrativo Financiero |
|---|---|---|---|---|---|---|---|
| 14-0018-CDI19 | EX-2019-08608020- APN-GAYF#CNEA | ADQUISICIÓN DE REVISTAS NATURALEZA Y TECNOLOGÍA Y ENERGÍA NUCLEAR HOY | Contratación Directa | 28/02/2019 10:00 Hrs. | Adjudicado | 14 - Compras y Contrataciones - CNEA | 105 - Comisión Nacional de Energía Atómica |
| 14-0069-CDI23 | EX-2023-28295001- APN-GAYF#CNEA | SERVICIO DE PUBLICACIÓN REVISTAS Y PORTAL - GAAI | Contratación Directa | 31/03/2023 10:00 Hrs. | Adjudicado | 14 - Compras y Contrataciones - CNEA | 105 - Comisión Nacional de Energía Atómica |
| 14-0475-CDI21 | EX-2021-61310500- APN-GAYF#CNEA | SERVICIO DE PUBLICACION- REVISTAS Y PORTAL- GCIA DE COMUNICACION SOCIAL. | Contratación Directa | 17/08/2021 13:00 Hrs. | Adjudicado | 14 - Compras y Contrataciones - CNEA | 105 - Comisión Nacional de Energía Atómica |
| 16-0002-CDI21 | EX-2021-09170934- APN-GAAYR#ARN | REVISTAS DIGITALES DE NOTICIAS DEL SECTOR NUCLEAR (Naturaleza & Tecnología, Energía Nuclear Hoy y | Contratación Directa | 04/03/2021 10:00 Hrs. | Adjudicado | 16/000 - Dirección General de Administración-ARN | 112 - Autoridad Regulatoria Nuclear |
| 16-0045-CDI22 | EX-2022-128249644- APN-GAAYR#ARN | REVISTAS DIGITALES DE NOTICIAS DEL SECTOR NUCLEAR (NATURALEZA & TECNOLOGÍA, ENERGÍA NUCLEAR HOY Y P | Contratación Directa | 15/12/2022 10:00 Hrs. | Adjudicado | 16/000 - Dirección General de Administración-ARN | 112 - Autoridad Regulatoria Nuclear |
| 16-0048-CDI18 | EX-2018-22786178- APN-GAAYR#ARN | COMPRA DE REVISTAS ESPECIALIZADAS DEL SECTOR NUCLEAR | Contratación Directa | 11/06/2018 13:00 Hrs. | Adjudicado | 16/000 - Dirección General de Administración-ARN | 112 - Autoridad Regulatoria Nuclear |
| 16-0060-CDI19 | EX-2019-75350060- APN-GAAYR#ARN | SUSCRIPCIÓN DE LAS REVISTAS ESPECIALIZADAS NATURALEZA & TECNOLOGÍA Y EN HOY , ENERGÍA NUCLEAR HOY | Contratación Directa | 13/09/2019 10:00 Hrs. | Adjudicado | 16/000 - Dirección General de Administración-ARN | 112 - Autoridad Regulatoria Nuclear |

**Descargar Reporte Excel**

**ACLARACIÓN: Cuando la búsqueda arroje resultados, en el extremo inferior derecho de la pantalla se encontrará disponible la función que permite descargar el reporte correspondiente en formato Excel.**

IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

5) Finalmente, al cliquear sobre el número del/los procesos que sean de interés, se podrá acceder al detalle completo del procedimiento de selección y, en caso de haberse emitido documentos contractuales, podrán consultarse los mismos haciendo click sobre el número de orden de compra o de venta que se encontrará al final de la pantalla. Ej:



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

ONC | Oficina Nacional de Contrataciones

# INSTRUCTIVO PARA COMPULSAR INFORMACIÓN EN "SIPRO"

### CONSULTA DEL ESTADO REGISTRAL DE PROVEEDORES EN SIPRO.

El Sistema de Información de Proveedores (SIPRO) es administrado por la OFICINA NACIONAL DE CONTRATACIONES y tiene por objeto registrar información relativa a los proveedores, sus antecedentes, etc.

En la actualidad el sistema electrónico de contrataciones "COMPR.AR" y el sistema de información de proveedores "SIPRO" se encuentran integrados en un único portal, sin perjuicio de mantener su individualidad y fines propios. El acceso es público y gratuito, y se realiza a través de Internet, en el sitio https://comprar.gob.ar.

Para consultar el estado de un determinado proveedor deberán seguirse los siguientes pasos:

1) Ingresar a https://comprar.gob.ar/ y hacer cliquear en "BÚSQUEDA DE PROVEEDORES".



IF-2024-94572821-APN-DNCBYS#JGM

Oficina Nacional
de Contrataciones

**ONC** | Oficina Nacional de Contrataciones

2) El sistema permite filtrar la información a partir de diversos parámetros, tales como: número de CUIT/CUIL/NIT, razón social/ nombre y apellido del proveedor; estado del proveedor; rubro; clase; nombre de fantasía; tipo de proveedor, país.



**ONC** | Oficina Nacional de Contrataciones

3) Finalmente, haciendo click en la CUIT/CUIL/NIT del proveedor, se accede al legajo del mismo, donde consta su estado (preinscripto, inscripto, desactualizado, suspendido) y la información cargada al momento de su inscripción o bien en ocasión de efectuar su última actualización.



**ONC** | Oficina Nacional de Contrataciones

**CONSULTA DE ANTECEDENTES Y SANCIONES A PROVEEDORES PUBLICADAS EN SIPRO.**

El Régimen de Contrataciones de la Administración Pública Nacional, perfilado por el Decreto Delegado N° 1023/01 distingue entre penalidades y sanciones.

La aplicación de las penalidades es competencia de las jurisdicciones y entidades contratantes mientras que la imposición de sanciones es una facultad exclusiva y excluyente de la OFICINA NACIONAL DE CONTRATACIONES, en tanto Órgano Rector del sistema de contrataciones.

COMPR.AR permite consultar antecedentes de penalidades y sanciones aplicadas a proveedores de las siguientes formas:

1) Una primera alternativa es consultar el estado registral del/los proveedor/es siguiendo los pasos indicados previamente. Al ingresar al legajo del proveedor se podrá verificar si se encuentra o no suspendido y si cuenta o no con antecedentes de penalidades publicadas, sanciones cumplidas, vigentes, etc. En el extremo inferior derecho se encuentra el botón "imprimir".



**ONC** | Oficina Nacional de Contrataciones



2) Otra forma de búsqueda es haciendo click en la solapa ícono "ANTECEDENTES Y SANCIONES". En tal caso se desplegará el listado completo de antecedentes y sanciones publicadas en SIPRO por la OFICINA NACIONAL DE CONTRATACIONES, siguiendo un orden cronológico, con detalle de la razón social, número de CUIT, fecha de publicación del antecedente o de la sanción, organismo, causa, proceso, encuadre legal, <u>pudiendo descargarse los actos administrativos</u>.

**ONC** | Oficina Nacional de Contrataciones

## Antecedentes

| Razón social | Número CUIT | Fecha publicación | Tipo antecedente | Organismo emisor | Causa | Proceso | Encuadre Legal | Observaciones | Actos Administrativos e Informe |
|---|---|---|---|---|---|---|---|---|---|
| | | 5/8/2024 | Incumplimiento de pago (de la multa aplicada o de la garantía perdida) | 604 - Dirección Nacional de Vialidad 46/03 - 3ª Tucumán DNV | Incumplimiento de pago de la garantía de cumplimiento de contrato perdida. | Contratación Directa por compulsa abreviada N° | Artículo 102 inc. b) apartado 1 del Anexo al Decre Ver más | Disposición N° DI- fecha 1° de noviembre de 2023 | 🔍 |
| | | 5/8/2024 | Rescisión total, por culpa del proveedor | 604 - Dirección Nacional de Vialidad 46/03 - 3ª Tucumán - DNV | Incumplimiento total de la Orden de Compra N° | Contratación Directa por compulsa abreviada N° | Artículo 102 inc. d) apartado 1 del Anexo al Decre Ver más | Disposición N° DI- fecha 1ª de noviembre de 2023 | 🔍 |

## Sanciones

| Razón social | Número CUIT | Tipo sanción | Estado sanción proveedor | Plazo | Fecha inicio sanción/inhab. | Fecha fin sanción/inhab. | Encuadre Legal | Observaciones | Antecedentes | Actos administrativos |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Suspensión | Pendiente | 1 meses, | 8/9/2026 | 7/10/2026 | Artículo 106 inciso b) apartado 1.2. del Anexo al Ver más | Disposición N° DI- fecha 1° de agosto de 2024 | 🔍 | 🔍 |
| | | Suspensión | Pendiente | 2 meses, | 8/7/2026 | 7/9/2026 | Artículo 106 inciso b) apartado 1.3. del Anexo al Ver más | Disposición N° DI- fecha 1° de agosto de 2024 | | 🔍 |



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA DEFENSA DE LA VIDA, LA LIBERTAD Y LA PROPIEDAD

**Hoja Adicional de Firmas**
**Informe gráfico**

**Número:** IF-2024-94572821-APN-DNCBYS#JGM

CIUDAD DE BUENOS AIRES
Lunes 2 de Septiembre de 2024

**Referencia:** INSTRUCTIVO CONSOLIDADO PARA LA COMPULSA DE INFORMACION EN LOS
SISTEMAS COMPRAR, CONTRATAR, SIPRO Y RNC 2024.

El documento fue importado por el sistema GEDO con un total de 26 pagina/s.

Paula RODRIGUEZ
Asistente legal
Dirección Nacional de Contrataciones de Bienes y Servicios
Jefatura de Gabinete de Ministros