# EXHIBIT E

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 7, 2025

Via E-mail

Seth L. Levine,
 Levine Lee LLP,
  400 Madison Avenue,
   New York, NY 10017.

      Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*,
            No. 15-cv-2739 (S.D.N.Y.)
            *Eton Park Capital Management, L.P.* v. *Argentine Republic*,
            No. 16-cv-8569 (S.D.N.Y.)

Dear Seth:

      On behalf of the Argentine Republic, I write to provide a response to a request made by Plaintiffs in your October 6, 2025 letter ("Letter") to "explain what the CONTRAT.AR database is." (Ltr. at 4.)

      In 2001, the *Poder Ejecutivo Nacional* (National Executive Branch, or "PEN") created the *Regimen de Contrataciones de la Administración Nacional* (National Administration Contracting Regime, or "RCAN") by Decree No. 1023/01 to serve as the general regulatory framework for contracts entered into by the *Administración Pública Nacional* (National Executive Administration or "APN"). Articles 21 and 22 of Decree No. 1023/01 allow for procurement procedures to be conducted electronically. In 2016, Decree No. 1336/16 approved the implementation of the "CONTRAT.AR" database as a means of conducting the procurement process and monitoring the performance of public works contracts, public works and services concessions, and licenses ("National Public Sector contracts").[1]

---

[1]     By contrast, COMPR.AR is used for the procurement of goods and services.

Seth L. Levine                                                                                                                -2-

        Since early 2017, CONTRAT.AR has been implemented by all jurisdictions and agencies of the APN according to a phased schedule set forth by the then-Ministry of Modernization via Resolution No. 115/2018; CONTRAT.AR has been used for all National Public Sector contracts authorized on or after December 20, 2018.  Then in 2018, Decree No. 1169/18 ordered that all National Public Sector contracts whose performance commenced prior to the implementation of CONTRAT.AR be integrated—to the extent possible—into the CONTRAT.AR system.  Additionally, on June 18, 2025, Decree No. 416/25 ordered the National Office of Procurement to implement a new module within CONTRAT.AR to allow for certain bidding procedures with respect to privatizations to be conducted electronically, including as to:  the sale of company assets; the sale or replacement of shares, equity interests, or, where applicable, operating production facilities or farms; leasing or administration with or without a purchase option; and permits, in accordance with Law Nos. 27,742 and 23,696.

        The CONTRAT.AR system serves a dual role as both a database and a platform for conducting and monitoring the entire procurement process for National Public Sector contracts online, from the submission of procurement requests by the requesting units to the electronic submission of bids, bid opening, evaluation of proposals, challenge stage, award, execution of the respective contracts, and monitoring of their performance.  CONTRAT.AR has two main environments:  (1) the "Contractor" environment, which enables individuals or legal entities wishing to contract with APN to register and set up their accounts; and (2) the "Contracting Agency" environment, where authorized users from contracting agencies can manage the various stages of the procurement process conducted within their respective jurisdictions.  CONTRAT.AR is also integrated with the *Sistema Integrado de Información Financiera Internet* ("e-SIDIF") at the pre-contractual stage, allowing the relevant agencies to verify the availability of funds to execute the relevant contract.  The statutory framework also allows for interested parties to submit inquiries during the bid solicitation stage and requires the relevant procuring agency to respond through circulars, which are also made available to all participants in the procurement process and the public at large through CONTRAT.AR.

        The CONTRAT.AR database allows for advanced searches using multiple search criteria, including but not limited to: procurement process number, file number, descriptive nature of the process, agency, type of process, procedure status, sector, contractor, and date range.

        For example, when reviewing a particular procurement process, the following data will be available on CONTRAT.AR:

    1.    <u>Basic Information</u>: Procurement process name and number; file number generated in the Electronic File (EE) module of the Electronic Document Management Ecosystem (GDE); procurement operating unit (UOC)

Seth L. Levine -3-

    responsible for the process; purpose of the procurement; selection procedure; stage; scope; legal classification; and basic parameters of the specific terms and conditions.

2. <u>Procurement Request(s) Assigned to the Process</u>: Request number; status; executing unit; category; procurement priority; creation date.

3. <u>Specifics of Works/Services</u>: Line number; purpose of expenditure; item code; description/work component; subtotal.

4. <u>Invitation Schedule</u>: Estimated date and time of publication on the portal; start and end dates and times for inquiries; start and end dates and times for the submission of hard-copy documents; date and time scheduled for bid opening; date of publication in the Official Gazette; number of days of publication.

5. <u>General Terms and Conditions</u>: File; GDE number; special number; date linked to case file.

6. <u>Eligibility Requirements</u>: Economic and financial requirements; technical requirements; administrative requirements.

7. <u>Specific terms and Conditions</u>

8. <u>Bonds:</u> Bid bond; contract performance bond.

9. <u>Contract Amount and Term:</u> Currency; estimated contract start date; contract duration; estimated date of execution of notice to proceed.

10. <u>Penalties:</u> Penalty number; description.

11. <u>Annexes:</u> Name; type; description.

12. <u>Procurement Process Bids</u>: Bidders; confirmed bids.

13. <u>Bid Evaluators</u>: First and last name; executing unit.

14. <u>Administrative Decisions</u>: File; GDE number; special number; date linked to case file.

15. <u>Circulars</u>: Number; date published; type.

16. <u>Official Gazette Publications:</u> File number; publication type; publication status; publication date.

Seth L. Levine                                                                                                                         -4-

        An instructional guide for conducting searches on several public databases, including CONTRAT.AR, was provided as attachment to the Letter sent by the Republic on August 18, 2025. (*See* Aug. 18, 2025 Ltr. from A. Davidoff.)

*     *     *

We are available to confer on these matters.

Sincerely,

*/s/ Amanda Flug Davidoff*
Amanda Flug Davidoff