UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>                Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>                Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

      Based on the Court's findings at the Court's July 29, 2025 hearing, the Clerk of the Court is directed to close dkt. nos. 640, 657, and 762 on the No. 15 Civ. 02739 docket and dkt. nos. 565, 579, and 678 on the No. 16 Civ. 08569 docket.

**SO ORDERED.**

Dated:    July 29, 2025
           New York, New York

                                              */s/ Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge

---

[1] References to the docket refer to the lead case, <u>Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al.</u>, No. 15 Civ. 02739.