UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>          Defendants. | No. 15 Civ. 02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>          Defendants. | No. 16 Civ. 08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court of Appeals' March 27, 2026 opinion, the Court will stay these actions pending receipt of a mandate from the Court of Appeals. The Court resolves the pending motions as follows:[1]

1. Non-party Juan Manuel Mucler's Motion to Intervene (Dkt. 790) is DENIED as moot without prejudice to refiling.

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.

2. Plaintiffs' motion for sanctions (Dkt. 852) is <u>DENIED</u> as moot without prejudice to refiling.

3. Non-party Iberia Airlines' Motion for a Protective Order (Dkt. 894) is <u>DENIED</u> as moot without prejudice to refiling.

4. All pending letter motions to seal (Dkts. 857, 859, 862, 866, 871, 873, 885, 903) are <u>GRANTED</u>.  If any party believes that sealing is no longer appropriate, the party may file an unsealing motion following receipt of the mandate.

The Clerk of Court shall close all open docket numbers and mark these actions as stayed.

       **SO ORDERED.**

_Loretta A. Preska_
Loretta A. Preska
Senior United States District Judge

April 6, 2026

2