August 25, 2026

Via ECF

The Honorable Loretta A. Preska,
United States District Court for the Southern District of New York,
500 Pearl Street,
New York, NY 10007.

Re: *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

We write in connection with this Court's August 6, 2026 order in the above-captioned cases. *Petersen*, Dkt. 943. In that order, the Court directed the parties to "confer and submit to the Court a joint letter outlining how they propose to proceed and any further proceedings that are necessary to effectuate the Court of Appeals' mandate, enter judgment, and assess costs sought by the Republic" or, "[i]f the parties believe that no further proceedings are necessary," to "file a proposed judgment consistent with the Court of Appeals' mandate" by today, August 25. *Id.* at 5-6.

Plaintiffs, the Republic and YPF are continuing to confer regarding the Court's order and respectfully request that the Court extend the time by which they must respond to September 10.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000
giuffrar@sullcrom.com

*Counsel for Defendant Argentine Republic*

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

KELLOGG HANSEN TODD
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com

*Counsel for Plaintiffs Petersen Energía*

/s/ Mark P. Goodman
Mark P. Goodman

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mpgoodman@debevoise.com

*Counsel to YPF S.A.*

*Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

cc: Counsel of Record (via ECF)